**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rock Creek Pharmaceuticals, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Star Scientific, Inc.** <br> **FDBA  Eye Technology, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1402131** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**2040 Whitfield Avenue**
**Suite 300**
**Sarasota, FL 34243**
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

**Manatee**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.rockcreekpharmaceuticals.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Rock Creek Pharmaceuticals, Inc.**                              Case number (*if known*) _____
    Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **5417**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | | |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                          Case number (*if known*) _____
          Name

---

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   **Subtenant operates in part of building.**

**Where is the property?**   **89 Duckworth Drive**
                             **Chase City, VA, 23924-0000**

                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **Marsh & McLennan**
         Contact name        **Julie Townsend Smith**
         Phone               **804-915-5642**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 27, 2016**
MM / DD / YYYY

**X** **/s/ William L. McMahon**        **William L. McMahon**
Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer**

---

**18. Signature of attorney**

**X** **/s/ John D. McLaughlin, Jr. Del. Bar No.**      Date **September 27, 2016**
Signature of attorney for debtor                              MM / DD / YYYY

**John D. McLaughlin, Jr. Del. Bar No.**
Printed name

**Ciardi Ciardi & Astin**
Firm name

**1204 North King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **302.384.9545**      Email address   **jmclaughlin@ciardilaw.com**

**4123**
Bar number and State

Debtor  **Rock Creek Pharmaceuticals, Inc.**
Name

Case number (*if known*) _____

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter  **7**

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | |
|---|---|---|
| Debtor **RCP Development, Inc.** | Relationship to you | **Wholly owned subsidiary** |
| District _____ When _____ | Case number, if known | _____ |
| Debtor **Star Tobacco, Inc.** | Relationship to you | **Wholly owned subsidiary** |
| District _____ When _____ | Case number, if known | _____ |

**Fill in this information to identify the case:**

Debtor name    **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 27, 2016**        X **/s/ William L. McMahon**
                                                       Signature of individual signing on behalf of debtor

                                                       **William L. McMahon**
                                                       Printed name

                                                       **Chief Financial Officer**
                                                       Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Rock Creek Pharmaceuticals, Inc.**
_____
Debtor(s)

Case No. _____
Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **4,000.00** |
    | Prior to the filing of this statement I have received | $ | **4,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **Basic Chapter 7 representation through first meeting of crdeitors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Contested matters and adversay proceedings; other litigation; securities or other reguatory matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 27, 2016**
_____
Date

**/s/ John D. McLaughlin, Jr. Del. Bar No.**
**John D. McLaughlin, Jr. Del. Bar No. 4123**
_Signature of Attorney_
**Ciardi Ciardi & Astin**
**1204 North King Street**
**Wilmington, DE 19801**
**302.384.9545  Fax: 302.658.1300**
**jmclaughlin@ciardilaw.com**
_Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name   **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................. $    **35,139.15**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................... $    **35,139.15**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **15,162,365.86**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **337,070.85**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **5,801,562.64**

4. **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b          $    **21,300,999.35**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Hancock Bank | Operating | 6635 | $402.44 |
| 3.2. | Hancock Bank | Payroll | 3351 | $403.51 |
| 3.3. | Hancock Bank | Investment | 3378 | $200.00 |
| 3.4. | Hancock Bank | Operating | 3319 | $0.00 |
| 3.5. | Hancock Bank | Operating | 6392 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,005.95

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(If known)* _____
          Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

    7.1.  **Roskamp Institute Lease Deposit**                                              **$2,000.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                           **$2,000.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

    11a. 90 days old or less:          28,333.20          -          0.00          = ....          **$28,333.20**
                face amount                         doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                           **$28,333.20**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, chairs, file cabinets** | **$24,821.00** | **10% cost** | **$3,800.00** |
| 40. | **Office fixtures**<br>**Leasehold improvements** | **$116,932.00** | | **$0.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Included in line 39** | **$0.00** | | **$0.00** |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                                  **$3,800.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☑ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Office space - 2040 Whitfield Avenue, Suite 300, Sarasota, FL 34243** | **Lease** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                          Case number *(If known)* _____
          Name

| 55.2. | **Office/production space - 89 Duckworth Drive, Chase City, VA 23924** | Lease | $0.00 | | $0.00 |
|-------|---|---|---|---|---|

---

56.    **Total of Part 9.**                                                                                    $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Patents for synthesis of Anatabine and methods of treatment** | $49,648.00 | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                                   $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
■ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(If known)*
_____                          _____
Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
|  | **Gross NOL $136,601,477 - valueless without income**  Tax year **2002-2014** | **$0.00** |

| 73. | **Interests in insurance policies or annuities** |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

| 78. | **Total of Part 11.** | **$0.00** |
|---|---|---|
|  | Add lines 71 through 77. Copy the total to line 90. |  |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Rock Creek Pharmaceuticals, Inc.**

Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,005.95 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,333.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $35,139.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $35,139.15 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Rock Creek Pharmaceuticals, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Hudson Bay Capital Management** | **Describe debtor's property that is subject to a lien**<br>**Controlled Cash Account** | $10,239,464.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**777 Third Avenue
30th Floor
New York, NY 10017**

Creditor's mailing address

**gantonopoulos@hudsonbaycapital.com**

Creditor's email address, if known

**Date debt was incurred
10/15/2015**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Security Interest in Controlled Cash Account**
Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Tenor Capital Management** | **Describe debtor's property that is subject to a lien**<br>**Controlled Cash Account** | $4,922,901.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1180 Avenue of Americas
Suite 1940
New York, NY 10036**

Creditor's mailing address

**wkhatri@tenorcapital.com**

Creditor's email address, if known

**Date debt was incurred
10/15/2015**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

**Describe the lien**
**Security Interest in Controlled Cash Account**
Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $15,162,365.86 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name **Rock Creek Pharmaceuticals, Inc.** | |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE | |
| Case number (if known) _____ | |

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Theodore Jenkins**<br>**260 Wahackme Road**<br>**New Canaan, CT 06840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,192.31 | $12,850.00 |
| | Date or dates debt was incurred<br>**August 2016 - Filing date** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Dianna Lally**<br>**3740 Eagle Hammock Drive**<br>**Sarasota, FL 34243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,192.31 | $11,192.31 |
| | Date or dates debt was incurred<br>**August 2016 - Filing Date** | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,769.23 | $12,850.00 |
|---|---|---|---|---|

**William L. McMahon**
**10524 Cheval Place**
**Bradenton, FL 34202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**August 2016 - Filing date**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284,917.00 | $12,850.00 |
|---|---|---|---|---|

**Michael J. Mullan**
**988 Boulevard of the Arts**
**#416**
**Sarasota, FL 34236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2015 - Filing date**

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.82 |
|---|---|---|---|

**'INVeSHARE, Inc.**
**P O BOX 568**
**Alpharetta, GA 30009-0568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Shareholder Svcs**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,913.86 |
|---|---|---|---|

**SHIRWAUN ADAMS**
**6000 PLATA STREET**
**Clinton, MD 20735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Severance and Expenses**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,629.89 |
|---|---|---|---|

**AETNA LIFE INSURANCE COMPANY**
**PO BOX 7247-0213**
**Philadelphia, PA 19170-0213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **October Medical**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.40 |
|---|---|---|---|

**AT&T MOBILITY**
**P O BOX 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Mobile Phone**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,423.87 |
|---|---|---|---|

**BANNER & WITCOFF, LTD**
**1100 13TH STREET, NW**
**SUITE 1200**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Patent Legal**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.52 |
|---|---|---|---|

**BRIGHT HOUSE NETWORKS, LLC**
**P.O. BOX 31710**
**Tampa, FL 33631-3710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Internet**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,122.20 |
|---|---|---|---|

**BROADRIDGE ICS**
**P O BOX 416423**
**Boston, MA 02241-6423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Shareholder Svcs**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,834.50 |
|---|---|---|---|

**BRYAN CAVE LLP**
**PO BOX 503089**
**Saint Louis, MO 63150-3089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Patent Legal**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 |
|---|---|---|---|

**BUTLER WOODCRAFTERS, INC**
**413-A Branchway Road**
**Richmond, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Maintenance**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,325.00 |
|---|---|---|---|

**LEE M CANAAN**
**5846 WINANS VIEW COURT**
**Pinckney, MI 48169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Directors Fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,162.41 |
|---|---|---|---|

**CAPITAL RESEARCH & MANAGEMENT CO FINANCE AND ACCOUNTING**
P O BOX 659530
San Antonio, TX 78265-9530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,804.81 |
|---|---|---|---|

**CAULKINS & BRUCE, PC**
2300 WILSON BLVD
SUITE 240
Arlington, VA 22201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,654.90 |
|---|---|---|---|

**CHADBOURNE & PARKE LLP**
ACCOUNTING DEPT
30 ROCKEFELLER PLAZA
New York, NY 10112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,872.84 |
|---|---|---|---|

**CHERRY BEKAERT LLP**
401 East Jackson St.
SUITE 3400
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Audit and Tax**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,430.00 |
|---|---|---|---|

**CORPORATION SERVICE COMPANY**
2711 CENTERVILLE ROAD
Wilmington, DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Agency Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,263.36 |
|---|---|---|---|

**COVINGTON & BURLING, LLP**
ONE FRONT STREET
San Francisco, CA 94111-5356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163,437.50 |
|---|---|---|---|

**CROWELL & MORING LLP**
P. O. Box 75509
Baltimore, MD 21275-5509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18**

Nonpriority creditor's name and mailing address

**CT CORPORATION SYSTEM**
**PO BOX 4349**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Agency Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$296.00**

---

**3.19**

Nonpriority creditor's name and mailing address

**BENJAMIN M DENT**
**225 PULLMAN PLACE APT 100**
**Kirkwood, MO 63122**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Directors fees**

Is the claim subject to offset? ■ No ☐ Yes

**$15,825.00**

---

**3.20**

Nonpriority creditor's name and mailing address

**DIMURO GINSBERG PC**
**1101 KING STREET**
**SUITE 610**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$14,661.24**

---

**3.21**

Nonpriority creditor's name and mailing address

**SAM DUFFY**
**8771 GREY OAKS**
**Sarasota, FL 34238-4304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.22**

Nonpriority creditor's name and mailing address

**FedEx Office**
**Customer Administrative Services**
**P.O. Box 672085**
**Dallas, TX 75267-2085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Delivery Service**

Is the claim subject to offset? ■ No ☐ Yes

**$62.78**

---

**3.23**

Nonpriority creditor's name and mailing address

**FOLEY & LARDNER LLP**
**100 NORTH TAMPA ST**
**SUITE 2700**
**Tampa, FL 33602-5810**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$214,729.67**

---

**3.24**

Nonpriority creditor's name and mailing address

**DAVID S FOULKE**
**LANSDALE BUSINESS CTR**
**650 N CANNON AVE**
**Lansdale, PA 19446**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$5,165.00**

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.72 |
|---|---|---|---|

**FRONTIER COMMUNICATIONS**
PO BOX 740407
Cincinnati, OH 45274-0407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Utilities**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.85 |
|---|---|---|---|

**GUARDIAN**
P.O. BOX 824404
Philadelphia, PA 19182-4404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Life Ins Premium**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,351.55 |
|---|---|---|---|

**HANCOCK BANK CREDIT CARD**
PO BOX 23070
Columbus, GA 31902-3070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Travel Exp**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,733.18 |
|---|---|---|---|

**HYMAN, PHELPS & MCNAMARA, P.C.**
700 13TH ST, NW
SUITE 1200
Washington, DC 20005-5929

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Legal Fees**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.68 |
|---|---|---|---|

**ICE SYSTEMS INC**
PO BOX 11126
Hauppauge, NY 11788-0934

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  _

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,583.50 |
|---|---|---|---|

**ICR**
761 MAIN AVENUE
Norwalk, CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Shareholder Svcs**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,022.00 |
|---|---|---|---|

**IDA OF MECKLENBURG CO.,VA**
P O BOX 307
Boydton, VA 23917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Rent**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$532,019.89** |
|---|---|---|---|

**In re Star Scientific Derivative Pls.**
**c/o Matthew Houston**
**Harwood Feffer LLP**
**488 Madison Ave.**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**IPREO DATA INC**
**GENERAL POST OFFICE**
**P O BOX 26886**
**New York, NY 10087-6886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Svcs**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$304.72** |
|---|---|---|---|

**IRON MOUNTAIN**
**PO BOX  27128**
**New York, NY 10087-7128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Records Storage**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94,799.66** |
|---|---|---|---|

**JAFFE & ASHER, LLP**
**600 THIRD AVENUE**
**9TH FLOOR**
**New York, NY 10016-1901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,900.00** |
|---|---|---|---|

**JENNISON & SHULTZ, P.C.**
**2001 Jefferson Davis Hwy**
**Crystal Plaza #1 Suite 1102**
**Arlington, VA 22202-3604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trademark Legal**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246,930.91** |
|---|---|---|---|

**K&L GATES LLP**
**1717 MAIN STREET**
**SUITE 2800**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**KELLEY DRYE & WARREN LLP**
**ATTN: TREASURER'S DEPT**
**101 PARK AVENUE**
**New York, NY 10178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lender Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$692.48**

**MARLIN BUSINESS BANK**
**P O BOX 13604**
**Philadelphia, PA 19101-3604**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Copier Rent**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183,125.00**

**Maxim Group LLC**
**405 Lexington Ave**
**2nd Floor**
**New York, NY 10174**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Broker Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,408.00**

**MCCLUSTER CONSTRUCTION**
**157 GODSEY LANE**
**Chase City, VA 23924**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Construction**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00**

**EDWARD J McDONNELL**
**126 Three Bears Trail**
**Ormond Beach, FL 32174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Directors Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,384,128.80**

**MCGUIRE WOODS LLP**
**ATTN: ACCOUNTS RECEIVABLE**
**901 EAST CARY  STREET**
**Richmond, VA 23219-4030**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350,000.00**

**JOHN J. MCKEON**
**621 NEW JERSEY AVENUE**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Note Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,510.77**

**MEDIANT COMMUNICATIONS, INC.**
**P O BOX 29976**
**New York, NY 10087-9976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Svcs**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,064.62** |
|---|---|---|---|

**MILES & STOCKBRIDGE PC**
**100 LIGHT STREET**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,084.00** |
|---|---|---|---|

**MLV & Co LLC**
**1301 Avenue of the Americas, 43rd Floor**
**New York, NY 10019**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Shareholder Svcs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,527.89** |
|---|---|---|---|

**MORGAN, LEWIS & BOCKIUS LLP**
**1111 PENNSYLVANIA AVE NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,385.87** |
|---|---|---|---|

**NATIONAL ECONOMIC RESEARCH**
**ASSCOCIATES**
**P O BOX 7247-6754**
**Philadelphia, PA 19170-6754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Witness Testimony**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**OCEAN TOMO LLC**
**Accounts Receivable**
**200 W Madison 37th Floor**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Valuation Svcs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,113.00** |
|---|---|---|---|

**OMNIVUE BUSINESS SOLUTIONS, LLC**
**1355 WINDWARD CONCOURSE**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Systems**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**OTC MARKETS GROUP INC**
**PO BOX 29959**
**New York, NY 10087-9959**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **2016/17 Dues**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,987.36** |
|---|---|---|---|

**PAUL, HASTINGS,JANOFSKY & WALKER LLP**
**875 15TH STREET N. W.**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312,500.00** |
|---|---|---|---|

**Paul Perito**
**6219 Kennedy Drive**
**Chevy Chase, MD 20815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Severance__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,994.00** |
|---|---|---|---|

**PR NEWSWIRE, INC.**
**GPO BOX 5897**
**New York, NY 10087-5897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Communications__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71.05** |
|---|---|---|---|

**PRINCIPAL LIFE INSURANCE CO**
**PLIC SBD GRAND ISLAND**
**P O BOX 10372**
**Des Moines, IA 50306-0372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Premiums__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$49,500.00** |
|---|---|---|---|

**PRO ACTIVE CAPITAL RESOURCES GRP LLC**
**535 FIFTH AVE**
**24TH FLOOR**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Investor Relations__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,481.00** |
|---|---|---|---|

**PROCTOR HEYMAN ENERIO LLP**
**300 DELAWARE AVE**
**SUITE 200**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23.42** |
|---|---|---|---|

**ReadyRefresh by Nestle**
**P O Box 856680**
**Louisville, KY 40285-6680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Office supplies__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Rock Creek Pharmaceuticals, Inc.**                          Case number *(if known)*
        _____
        Name

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,581.78 |
|---|---|---|---|

**RICOH/ WELLS FARGO VENDOR
FINANCIAL SERV**
P O BOX 740540
Atlanta, GA 30374-0540

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Copier Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**ROSKAMP INSTITUTE**
2040 WHITFIELD AVENUE
Sarasota, FL 34243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Rent**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,000.00 |
|---|---|---|---|

**Sunitha Chundru Samuel**
40 Cradle Rock Rd
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,926.00 |
|---|---|---|---|

**SARASOTA CHAMBER OF COMMERCE**
1945 Fruitville Road
Sarasota, FL 34243

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Dues**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,000.00 |
|---|---|---|---|

**Robert Scannell**
3 Harbor Drive
Suite 213
Sausalito, CA 94965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Directors fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,075.00 |
|---|---|---|---|

**SCOTT P SENSENBRENNER**
8982 BLOOMFIELD BLVD
Sarasota, FL 34238

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Directors Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259,043.75 |
|---|---|---|---|

**SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP**
PO BOX 1764
White Plains, NY 10602

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Legal Fees**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                         Case number *(if known)*
          Name

| | | |
|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.67  **Nonpriority creditor's name and mailing address**

**STAPLES ADVANTAGE**
**DEPT DC**
**P O BOX 415256**
**Boston, MA 02241-5256**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$163.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Office supplies__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.68  **Nonpriority creditor's name and mailing address**

**STEPTOE & JOHNSON LLP**
**1330 CONNECTICUT AVE N W**
**Washington, DC 20036-1795**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$464,897.00**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Legal Fees__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.69  **Nonpriority creditor's name and mailing address**

**THE STANDARD**
**CRUMP LIFE INS. SERVICES**
**280 S 400 W SUITE 100**
**Salt Lake City, UT 84101**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$5,039.05**
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __CEO Insurance__

Is the claim subject to offset? ☐ No ☐ Yes

---

3.70  **Nonpriority creditor's name and mailing address**

**TALHIA TUCK**
**1430 LOCUST ROAD NW**
**Washington, DC 20012-1214**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ☑ No ☐ Yes

---

3.71  **Nonpriority creditor's name and mailing address**

**UPS Philadelphia PA**
**P.O.BOX 7247-0244**
**Philadelphia, PA 19170-0001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$61.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Delivery Service__

Is the claim subject to offset? ☑ No ☐ Yes

---

3.72  **Nonpriority creditor's name and mailing address**

**VERIZON CREDIT INC**
**P O BOX 650478**
**Dallas, TX 75265-0478**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$743.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Equipment Rent__

Is the claim subject to offset? ☐ No ☑ Yes

---

3.73  **Nonpriority creditor's name and mailing address**

**WELLS FARGO**
**SHAREOWNER SERVICES**
**WF 8113   P O BOX 1450**
**Minneapolis, MN 55485-8113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$2,717.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Transfer Agent__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.01 |
|---|---|---|---|

**WELLS FARGO TRUST OPERATIONS
NW 5159
P O BOX 1450
Minneapolis, MN 55485-5159**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,712.20 |
|---|---|---|---|

**JONNIE WILLIAMS
4401 BAY SHORE RD
Sarasota, FL 34234**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,723.70 |
|---|---|---|---|

**KEVIN WILLIS
3902 PACES FERRY RD
Chester, VA 23831**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __IT Consulting__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lee Cawthon
Collector - TSI Commercial Division
507 Prudential Rd.
Horsham, PA 19044** | Line **3.30**<br>☐ Not listed. Explain _ | _ |
| 4.2 | **Thomas Ierubino
Mai Tai Enterprises
10009 S. Glen Rd
Suite 100
Potomac, MD 20854-4131** | Line **3.28**<br>☐ Not listed. Explain _ | _ |
| 4.3 | **In re Star Scientific Derivative Pls.
c/o Joshua Lifshitz
Lifshitz Law Firm
821 Franklin Avenue, Suite 209
Garden City, NY 11530** | Line **3.32**<br>☐ Not listed. Explain _ | _ |
| 4.4 | **In re Star Scientific Derivative Pls.
c/o Melinda Nicholson
Kahn Swick & Foti, LLC
206 Covington Street
Madisonville, LA 70447** | Line **3.32**<br>☐ Not listed. Explain _ | _ |
| 4.5 | **Fred Ivey
Accts Collection Dept
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202** | Line **3.46**<br>☐ Not listed. Explain _ | _ |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number (*if known*) | |
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 337,070.85 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 5,801,562.64 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 6,138,633.49 |

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: **Severance Agreement** | |
| State the term remaining: **9/30/2016** | **Shirwaun Adams** **6000 Plata Street** **Clinton, MD 20735** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: **Sublease** | |
| State the term remaining: **October 2016** | **Butler Woodcrafters, Inc.** **89 Duckworth Drive** **Chase City, VA 23924** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: **Aetna Medical and Dental Insurance** | |
| State the term remaining: **01/01/2017** | **Digital Insurance** **200 Galleria Parkway** **Suite 1950** **Atlanta, GA 30339** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: **Consulting Agreement** | |
| State the term remaining: **4/30/2019** | **Eiger Health Consulting Group** **7 Eden Drive** **Eatons Hill QLD 4037** **AUSTRALIA** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)*
          First Name    Middle Name    Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Claims Adjusting Consulting** | |
|---|---|---|---|
| | State the term remaining | **Upon notice** | **Globe Midwest Adjusters International 25800 Northwestern Highway Suite 885 Southfield, MI 48075** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Hancock Visa Purchase Card Agreement** | |
|---|---|---|---|
| | State the term remaining | **No termination date** | **Hancock & Whitney Bank Robert Weskerna 28163 US Highway 19 North Suite 300 Clearwater, FL 33761** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Hudson Bay Master Fund Ltd Loan Document** | |
|---|---|---|---|
| | State the term remaining | **10/14/2018** | **Hudson Bay Capital Management George Antonopoulus 777 Third Avenue 30th Floor New York, NY 10017** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** | |
|---|---|---|---|
| | State the term remaining | **4/30/2017** | **Betsy Hughes-Formella Schonningstedter Str. 128b 21465 Reinbek GERMANY** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease** | |
|---|---|---|---|
| | State the term remaining | **4/09/2022** | **Industrial Development Authority 319 N. Main Street Chase City, VA 23924** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Records storage** | |
|---|---|---|---|
| | State the term remaining | **12/27/2016** | **Iron Mountain PO BOX 27128 New York, NY 10087-7128** |
| | List the contract number of any | | |

Debtor 1   **Rock Creek Pharmaceuticals, Inc.**
           First Name      Middle Name      Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** |  |
|---|---|---|---|
|  | State the term remaining | **2/14/2017** | **Ryan K. Lanier** |
|  | List the contract number of any government contract |  | **306 32nd St W** |
|  |  |  | **Bradenton, FL 34205** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting services** |  |
|---|---|---|---|
|  | State the term remaining | **No termination - as needed** | **Jane Loescher** |
|  | List the contract number of any government contract |  | **52 Sunset Lane** |
|  |  |  | **Attleboro, MA 02703** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Equipment Lease** |  |
|---|---|---|---|
|  | State the term remaining | **Month-to-Month** | **MARLIN BUSINESS BANK** |
|  | List the contract number of any government contract |  | **P O BOX 13604** |
|  |  |  | **Philadelphia, PA 19101-3604** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Rutherford Insurance D&O - General Liability** |  |
|---|---|---|---|
|  | State the term remaining | **7/15/2017** | **Marsh & McLennan Agency** |
|  | List the contract number of any government contract |  | **4900 Libbie Mill East Blvd** |
|  |  |  | **Suite 100** |
|  |  |  | **Richmond, VA 23230** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Placement Agent Agreement** |  |
|---|---|---|---|
|  | State the term remaining | **Upon notice** | **Maxim Group LLC** |
|  | List the contract number of any government contract |  | **405 Lexington Ave** |
|  |  |  | **2nd Floor** |
|  |  |  | **New York, NY 10174** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding Regarding Settlement** | **McGuire Woods LLP** |
|---|---|---|---|
|  |  |  | **800 E Canal St** |
|  |  |  | **Richmond, VA 23219** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                              Case number *(if known)* _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | State the term remaining | 12/31/2017 | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** | |
|---|---|---|---|
| | State the term remaining | **2/15/2017** | **Dr. Allen Menter** |
| | List the contract number of any government contract | | **3900 Junius St Suite 145 Dallas, TX 75246** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Richard Milam Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **2/28/2017** | **Richard Milam** |
| | List the contract number of any government contract | | **5546 Pebble Beach Drive Lakeland, FL 33813** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Dr. Michael Mullan Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | **Month-to-month** | **Michael J. Mullan** |
| | List the contract number of any government contract | | **2040 Whitfield Ave Suite 300 Sarasota, FL 34243** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Capital Raising** | |
|---|---|---|---|
| | State the term remaining | **10/01/2016** | **North Star Capital Advisors** |
| | List the contract number of any government contract | | **1 Chase Road Penthouse Scarsdale, NY 10583** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Nutri Sport Pharmacal, Inc. License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Unknown termination** | **Nutri Sport Pharmacal, Inc.** |
| | List the contract number of any government contract | | **200 North Church Road Franklin, NJ 07416** |

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)*
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Severance Agreement** | |
|---|---|---|---|
| | State the term remaining | **One payment remaining** | **Paul Perito**<br>**c/o Robert L. Rocke, Esq.**<br>**Rocke, McLean & Sbar**<br>**2309 S. McDill Avenue**<br>**Tampa, FL 33629** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** | |
|---|---|---|---|
| | State the term remaining | **7/29/2021** | **Pharmakey LLC**<br>**4819 Emperor Blvd**<br>**Suite 400**<br>**Durham, NC 27703** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Material Transfer Agreement** | |
|---|---|---|---|
| | State the term remaining | **30 day written notice** | **Philip Morris Products S.A.**<br>**Quai Jeanrenaud 5**<br>**200 Neuchatel**<br>**SWITZERLAND** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **2/18/2017 - Press Release** | |
|---|---|---|---|
| | State the term remaining | **2/18/2017** | **PR Newswire Services**<br>**Caroline Kessler**<br>**350 Hudson Street**<br>**New York, NY 10014** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Financing Insurance Premium** | |
|---|---|---|---|
| | State the term remaining | **7/14/2017** | **Premium Assignment Corporation**<br>**PO Box 8800**<br>**Tallahassee, FL 32314-8800** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Strategic Advisory** | |
|---|---|---|---|
| | State the term remaining | **11/09/2016** | **ProActive Capital Resources**<br>**535 5th Avenue**<br>**24th Floor**<br>**New York, NY 10017** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Rock Creek Pharmaceuticals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Regent Court Technologies License Agreement** | |
|---|---|---|---|
| | State the term remaining | **Until terminated** | **Regent Court Technologies c/o Francis E. O'Donnell 709 The Hamptons Lane Chesterfield, MO 63017** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Royalty Agreement** | |
|---|---|---|---|
| | State the term remaining | **Undetermined** | **SRQ Bio LLC Fiona Crawford, President & CEO 2040 Whitfield Ave Sarasota, FL 34243** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **Upon completion of all services** | **SRQ Bio LLC Fiona Crawford, Ph.D. 2040 Whitfield Ave Sarasota, FL 34243** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Memorandum of Understanding Regarding Settlement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2017** | **STEPTOE & JOHNSON LLP 1330 CONNECTICUT AVE N W Washington, DC 20036-1795** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Alto Opportunity Master Fund, SPC Loan Document** | |
|---|---|---|---|
| | State the term remaining | **10/14/2018** | **Tenor Capital Management Waqas Khatri 1180 Avenue of Americas Suite 1940 New York, NY 10036** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Life Insurance** | **The Guardian Life Insurance Company 7 Hanover Square New York, NY 10004** |
|---|---|---|---|

Debtor 1   **Rock Creek Pharmaceuticals, Inc.**                                    Case number (*if known*) _____
    First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **10/01/2017** |  |
|---|---|---|---|
|  | List the contract number of any government contract | _____ |  |
| **2.34.** | State what the contract or lease is for and the nature of the debtor's interest | **Corporate Office Lease** |  |
|  | State the term remaining | **2/28/2017** | **The Roskamp Institute** c/o Fiona Crawford, President & CEO **2040 Whitfield Ave Sarasota, FL 34243** |
|  | List the contract number of any government contract | _____ |  |
| **2.35.** | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services** |  |
|  | State the term remaining | **10/26/2016** | **University of Manchester Professor EM Griffiths Oxford Road Manchester M13 9PL UNITED KINGDOM** |
|  | List the contract number of any government contract | _____ |  |
| **2.36.** | State what the contract or lease is for and the nature of the debtor's interest | **Richoh Copier Equipment Lease** |  |
|  | State the term remaining | **Month-to-month** | **Wells Fargo Financial Services, LLC PO Box 740540 Atlanta, GA 30374-0540** |
|  | List the contract number of any government contract | _____ |  |

**Fill in this information to identify the case:**

Debtor name    **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name     **Rock Creek Pharmaceuticals, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | **$0.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2016** to **Filing Date** | **Trademark Sale** | **$182,000.00** |
| **For prior year:** From **1/01/2015** to **12/31/2015** | **Trademark Assignment** | **$36,000.00** |
| **For year before that:** From **1/01/2014** to **12/31/2014** | **Trademark Assignment** | **$36,000.00** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **GUARDIAN**<br>P.O. BOX 824404<br>Philadelphia, PA 19182-4404 | 6/27/2016 | $619.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Employee Benefit__ |
| 3.2. **American Funds**<br>Lori Marko<br>12711 N. Meridian St.<br>Carmel, IN 46032 | 6/27/2016 | $2,434.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __401(K) Employee Pmt__ |
| 3.3. **COPIERS PLUS INC**<br>1680 S TAMIAMI TRAIL<br>UNIT B<br>Venice, FL 34293 | 6/28/2016 | $1,305.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **BRIGHT HOUSE NETWORKS, LLC**<br>P.O. BOX 31710<br>Tampa, FL 33631-3710 | 7/05/2016 | $204.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **FEDERAL EXPRESS**<br>PO BOX 660481<br>Dallas, TX 75266-0481 | 7/05/2016 | $38.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. **FRONTIER COMMUNICATIONS**<br>PO BOX 740407<br>Cincinnati, OH 45274-0407 | 7/05/2016 | $598.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **IDA OF MECKLENBURG CO.,VA**<br>P O BOX 307<br>Boydton, VA 23917 | 7/05/2016 | $7,011.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent__ |

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.   **MARLIN BUSINESS BANK**<br>P O BOX 13604<br>Philadelphia, PA 19101-3604 | 7/05/2016 | $486.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.9.   **PRINCIPAL LIFE INSURANCE CO**<br>PLIC SBD GRAND ISLAND<br>P O BOX 10372<br>Des Moines, IA 50306-0372 | 7/05/2016 | $453.83 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |
| 3.10.   **QUILL CORPORATION**<br>PO BOX 37600<br>Philadelphia, PA 19101-0600 | 7/05/2016 | $202.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11.   **ReadyRefresh by Nestle**<br>P O Box 856680<br>Louisville, KY 40285-6680 | 7/05/2016 | $11.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12.   **STAPLES ADVANTAGE**<br>DEPT DC<br>P O BOX 415256<br>Boston, MA 02241-5256 | 7/05/2016 | $476.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.13.   **THE STANDARD**<br>CRUMP LIFE INS. SERVICES<br>280 S 400 W SUITE 100<br>Salt Lake City, UT 84101 | 7/05/2016 | $5,039.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |
| 3.14.   **BROADRIDGE ICS**<br>P O BOX 416423<br>Boston, MA 02241-6423 | 7/06/2016 | $8,162.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15.   **Dianna Lally**<br>3740 EAGLE HAMMOCK DR<br>Sarasota, FL 34243 | 7/06/2016 | $1,822.26 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimbursement** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Rock Creek Pharmaceuticals, Inc.**      Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **JENNISON & SHULTZ, P.C.**<br>**2001 Jefferson Davis Hwy**<br>**Crystal Plaza #1 Suite 1102**<br>**Arlington, VA 22202-3604** | 7/06/2016 | $1,009.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.17. **KEVIN WILLIS**<br>**3902 PACES FERRY RD**<br>**Chester, VA 23831** | 7/06/2016 | $2,280.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. **OMNIVUE BUSINESS SOLUTIONS, LLC**<br>**1355 WINDWARD CONCOURSE**<br>**Alpharetta, GA 30005** | 7/06/2016 | $2,150.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **ROSKAMP INSTITUTE**<br>**2040 WHITFIELD AVENUE**<br>**Sarasota, FL 34243** | 7/06/2016 | $2,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.20. **HANCOCK BANK CREDIT CARD**<br>**PO BOX 23070**<br>**Columbus, GA 31902-3070** | 7/06/2016 | $484.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimburse** |
| 3.21. **ICR**<br>**761 MAIN AVENUE**<br>**Norwalk, CT 06851** | 7/06/2016 | $3,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **BUYINS.COM, INC**<br>**417 ORCHID AVENUE**<br>**Corona Del Mar, CA 92625** | 7/06/2016 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **American Funds**<br>**Lori Marko**<br>**12711 N. Meridian St.**<br>**Carmel, IN 46032** | 7/07/2016 | $2,434.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **401(K) Employee Pmt** |

Debtor  **Rock Creek Pharmaceuticals, Inc.**                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24. **K&L GATES LLP**<br>**1717 MAIN STREET**<br>**SUITE 2800**<br>**Dallas, TX 75201** | 7/08/2016 | $6,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.25. **IRON MOUNTAIN**<br>**PO BOX  27128**<br>**New York, NY 10087-7128** | 7/14/2016 | $152.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.26. **RICOH/ WELLS FARGO VENDOR**<br>**FINANCIAL SVCS**<br>**P O BOX 740540**<br>**Atlanta, GA 30374-0540** | 7/14/2016 | $1,581.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. **TOWN OF CHASE CITY**<br>**319 NORTH MAIN STREET**<br>**Chase City, VA 23924** | 7/14/2016 | $73.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.28. **WELLS FARGO**<br>**SHAREOWNER SERVICES**<br>**WF 8113   P O BOX 1450**<br>**Minneapolis, MN 55485-8113** | 7/15/2016 | $440.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. **CHERRY BEKAERT LLP**<br>**401 East Jackson St.**<br>**SUITE 3400**<br>**Tampa, FL 33602** | 7/18/2016 | $15,172.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. **McGuire Woods LLP**<br>**800 E Canal St**<br>**Richmond, VA 23219** | 7/18/2016 | $45,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.31. **STEPTOE & JOHNSON LLP**<br>**1330 CONNECTICUT AVE N W**<br>**Washington, DC 20036-1795** | 7/18/2016 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.32<br>. | **American Funds**<br>Lori Marko<br>12711 N. Meridian St.<br>Carmel, IN 46032 | 7/19/2016 | $2,434.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **401(k) Employee Pmt** |
| 3.33<br>. | **JOHN J. MCKEON**<br>621 NEW JERSEY AVENUE<br>Point Pleasant Beach, NJ 08742 | 7/19/2016 | $2,654.17 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Unsecured Loan Interest** |
| 3.34<br>. | **PROCTOR HEYMAN ENERIO LLP**<br>300 DELAWARE AVE<br>SUITE 200<br>Wilmington, DE 19801 | 7/21/2016 | $625.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.35<br>. | **BB&T CREDIT CARD**<br>PO Box 580340<br>Charlotte, NC 28258-0340 | 7/21/2016 | $18,565.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Expense Reimburse** |
| 3.36<br>. | **FOLEY & LARDNER LLP**<br>100 NORTH TAMPA ST<br>SUITE 2700<br>Tampa, FL 33602-5810 | 7/21/2016 | $21,722.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.37<br>. | **HYMAN, PHELPS & MCNAMARA, P.C.**<br>700 13TH ST, NW<br>SUITE 1200<br>Washington, DC 20005-5929 | 7/21/2016 | $1,430.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.38<br>. | **KEVIN WILLIS**<br>3902 PACES FERRY RD<br>Chester, VA 23831 | 7/21/2016 | $2,299.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.39<br>. | **JAFFE & ASHER, LLP**<br>600 THIRD AVENUE<br>9TH FLOOR<br>New York, NY 10016-1901 | 7/21/2016 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Rock Creek Pharmaceuticals, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.40. | **BANNER & WITCOFF, LTD**<br>**1100 13th STREET, NW**<br>**SUITE 1200**<br>**Washington, DC 20005** | **7/21/2016** | **$27,199.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.41. | **Premium Assignment Corporation**<br>**PO Box 8800**<br>**Tallahassee, FL 32314-8800** | **7/25/2016** | **$404,005.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.42. | **THE STANDARD**<br>**CRUMP LIFE INS. SERVICES**<br>**280 S 400 W SUITE 100**<br>**Salt Lake City, UT 84101** | **7/31/2016** | **$5,039.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Employee Benefit** |
| 3.43. | **American Funds**<br>**Lori Marko**<br>**12711 N. Meridian St.**<br>**Carmel, IN 46032** | **8/04/2016** | **$2,434.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **401(k) Employee Pmt** |
| 3.44. | **KEVIN WILLIS**<br>**3902 PACES FERRY RD**<br>**Chester, VA 23831** | **8/10/2016** | **$2,280.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.45. | **American Funds**<br>**Lori Marko**<br>**12711 N. Meridian St.**<br>**Carmel, IN 46032** | **8/11/2016** | **$2,434.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **401(K) Employee Pmt** |
| 3.46. | **Premium Assignment Corporation**<br>**PO Box 8800**<br>**Tallahassee, FL 32314-8800** | **8/18/2016** | **$90,282.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.47. | **Premium Assignment Corporation**<br>**PO Box 8800**<br>**Tallahassee, FL 32314-8800** | **8/18/2016** | **$8,057.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.48. **HANCOCK BANK CREDIT CARD**<br>**PO BOX 23070**<br>**Columbus, GA 31902-3070** | 8/22/2016 | $194.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimburse** |
| 3.49. Michael J. Mullan<br>988 Boulevard of the Arts, Apt 416<br>Sarasota, FL 34236 | 8/24/2016 | $586.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Expense Reimburse** |
| 3.50. **AETNA LIFE INSURANCE COMPANY**<br>**PO BOX 7247-0213**<br>**Philadelphia, PA 19170-0213** | 8/24/2016 | $13,108.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |
| 3.51. **PRINCIPAL LIFE INSURANCE CO**<br>**PLIC SBD GRAND ISLAND**<br>**P O BOX 10372**<br>**Des Moines, IA 50306-0372** | 8/24/2016 | $520.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |
| 3.52. **GUARDIAN**<br>**P.O. BOX 824404**<br>**Philadelphia, PA 19182-4404** | 8/24/2016 | $969.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |
| 3.53. **MECKLENBURG ELECTRIC**<br>**COOPERATIVE**<br>**P O BOX 2451**<br>**Chase City, VA 23924-2451** | 8/25/2016 | $495.58 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Utilities** |
| 3.54. **US TREASURY**<br>**INTERNAL REVENUE SERVICE**<br>**Cincinnati, OH 45999-0039** | 8/25/2016 | $1.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax** |
| 3.55. **AETNA LIFE INSURANCE COMPANY**<br>**PO BOX 7247-0213**<br>**Philadelphia, PA 19170-0213** | 9/07/2016 | $14,076.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee Benefit** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                     Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.56. **GUARDIAN**<br>P.O. BOX 824404<br>Philadelphia, PA 19182-4404 | 9/07/2016 | $558.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  _Employee Benefit_ |
| 3.57. **PRINCIPAL LIFE INSURANCE CO**<br>PLIC SBD GRAND ISLAND<br>P O BOX 10372<br>Des Moines, IA 50306-0372 | 9/07/2016 | $494.31 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  _Employee Benefit_ |
| 3.58. **TOWN OF CHASE CITY**<br>319 NORTH MAIN STREET<br>Chase City, VA 23924 | 9/08/2016 | $135.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_Utilities_ |
| 3.59. **CIARDI CIARDI & ASTIN**<br>1204 NORTH KING ST.<br>Wilmington, DE 19801 | 9/14/2016 | $5,005.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.60. **SmithAmundsen LLC**<br>150 N. Michigan Ave.<br>Suite 3300<br>Chicago, IL 60601 | 9/15/2016 | $5,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michael J. Mullan**<br>988 Boulevard of the Arts<br>#416<br>Sarasota, FL 34236<br>**Chairman and CEO** | 6/03/2016,<br>8/24/2016 | $5,326.74 | **Reimbursement for travel** |
| 4.2. **William L. McMahon**<br>10524 Cheval Place<br>Bradenton, FL 34202<br>**Chief Financial Officer** | 6/24/2016,<br>9/20/2016 | $1,561.20 | **Travel reimbursement and advance** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* |
|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Howard T. Baldwin v. Star Scientific, Inc., et al.**<br>**14-cv-588** | **Purported Consumer Class Action** | **Northern District of Illinois**<br>**219 South Dearborn Street**<br>**Chicago, IL 60604** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **In re Star Scientific, Inc.**<br>**1:13-cv-550-AJT-JFA** | **Derivative Litigation** | **Eastern District of Virgina**<br>**401 Courthouse Square**<br>**Alexandria, VA 22314** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Iroquois Master Fund, Ltd. and American Capital Management, LLC v. Rock Creek Pharmaceuticals, Inc., Michael J. Mullan, and John J. McKeon**<br>**650479/2015** | **Securities claim** | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Rock Creek Pharmaceuticals, Inc. v. Howard Jones, et al.**<br>**3:15-CV-574(MHL)** | **Improper use of property** | **Eastern District of Virginia**<br>**701 East Broad Street**<br>**Richmond, VA 23219** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **In re Star Scientific, Inc.**<br>**CL13-2997-6** | **Derivative Litigation** | **Circuit Court of the City of Richmond**<br>**400 North 9th Street**<br>**Richmond, VA 23219** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)*

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

### Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **SmithAmundsen LLC**<br>**150 N. Michigan Ave.**<br>**Suite 3300**<br>**Chicago, IL 60601** | | **6/13/2016,**<br>**9/15/2016** | **$10,000.00** |
| | Email or website address<br>**www.salawus.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Ciardi Ciardi & Astin**<br>**1204 N. King Street**<br>**Wilmington, DE 19801** | | **9/14/2016** | **$50,005.00** |
| | Email or website address<br>**www.ciardilaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1. **Heritage Global Partners**<br>**12625 High Bluff Drive**<br>**Suite 305**<br>**San Diego, CA 92130** | **Idle equipment for auction** | **9/25/2015** | **$280,000.00** |
| Relationship to debtor | | | |
| 13.2. **Paul Perito**<br>**6219 Kenndy Drive**<br>**Chevy Chase, MD 20815** | **Shares of stock as severance payment** | **Various<br>2014-2015** | **$1,930,002.00** |
| Relationship to debtor | | | |
| 13.3. **Robert Pokusa**<br>**5322 Neville Ct**<br>**Alexandria, VA 22310** | **Severance payment in stock** | **Various 2015** | **$385,000.00** |
| Relationship to debtor | | | |
| 13.4. **David Dean**<br>**35 Hunting Ridge Road**<br>**Manakin Sabot, VA 23103** | **Severance payment in stock** | **Various 2015** | **$292,909.00** |
| Relationship to debtor | | | |
| 13.5. **Alto Master Fund**<br>**89 Nexus Way**<br>**Camana Bay**<br>**KY1-9007**<br>**CAYMAN ISLANDS** | **Principal and interest payable in<br>70,244,096 shares** | **Various 2016** | **$1,382,209.00** |
| Relationship to debtor | | | |
| 13.6. **Hudson Bay Capital**<br>**Management**<br>**777 Third Avenue**<br>**30th Floor**<br>**New York, NY 10017** | **Principal and interest payable in<br>87,184,791 shares** | **Various 2016** | **$1,182,526.00** |
| Relationship to debtor | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| | **Who received transfer?**<br>**Address** | **Description of property transferred or**<br>**payments received or debts paid in exchange** | **Date transfer**<br>**was made** | **Total amount or**<br>**value** |
|---|---|---|---|---|
| 13.7. | **Kempner Family**<br>**2201 Market St.**<br>**12th Floor**<br>**Galveston, TX 77550** | **285,714 shares in private placement** | **3/30/2016** | **$100,000.00** |
| | **Relationship to debtor** | | | |
| 13.8. | **PV Partners L.P.**<br>**3 Harbor Drive**<br>**Suite 213**<br>**Sausalito, CA 94965** | **285,714 shares in private placement** | **3/30/2016** | **$100,000.00** |
| | **Relationship to debtor** | | | |
| 13.9. | **Feehan Partners, L.P.**<br>**3 Harbor Drive**<br>**Suite 213**<br>**Sausalito, CA 94965** | **285,714 shares in private placement** | **3/30/2016** | **$100,000.00** |
| | **Relationship to debtor** | | | |
| 13.10. | **Patrick Jerome Kearny**<br>**9559 Collins Avenue**<br>**#502**<br>**Surfside, FL 33154** | **142,857 shares in private placement** | **3/30/2016** | **$50,000.00** |
| | **Relationship to debtor** | | | |
| 13.11. | **Kathleen Joan Kearney**<br>**9559 Collins Avenue**<br>**#502**<br>**Surfside, FL 33154** | **142,857 shares in private placement** | **3/30/2016** | **$50,000.00** |
| | **Relationship to debtor** | | | |
| 13.12. | **Robert W. Corby**<br>**151 Barton Ave.**<br>**Palm Beach, FL 33480** | **142,857 shares in private placement** | **3/30/2016** | **$50,000.00** |
| | **Relationship to debtor** | | | |
| 13.13. | **William W. Espy**<br>**3715 Northside Pkwy NW**<br>**Northcreek Office Park - Suite**<br>**150**<br>**Atlanta, GA 30327** | **142,857 shares in private placement** | **3/30/2016** | **$50,000.00** |
| | **Relationship to debtor** | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>4. | **Hudson Bay Capital<br>Management<br>777 Third Avenue<br>30th Floor<br>New York, NY 10017** | **15,000 warrants exercised/shares** | **2/09/2016** | **$8,340.00** |
| | Relationship to debtor | | | |
| 13.1<br>5. | **CVI Holdings<br>1201 N. Orange St.<br>Suite 715<br>Wilmington, DE 19801** | **5,000 warrants exercised/shares** | **2/02/2016** | **$2,780.00** |
| | Relationship to debtor | | | |
| 13.1<br>6. | **Maxim Group<br>405 Lexington<br>2nd Floor<br>New York, NY 10174** | **1,644,500 shares in private placement** | **6/22/2015** | **$3,700,125.00** |
| | Relationship to debtor | | | |
| 13.1<br>7. | **Feehan Partners, L.P.<br>3 Harbor Drive<br>Suite 213<br>Sausalito, CA 94965** | **77,590 shares and warrants** | **5/08/2015** | **$232,710.00** |
| | Relationship to debtor | | | |

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **89 Duckworth Drive<br>Chase City, VA 23924** | **4/10/2002-4/09/2022** |
| 14.2. | **4470 Cox Road<br>Glen Allen, VA 23060** | **Unknown - 1/15/2015** |
| 14.3. | **1255 23rd St. NW<br>Washington, DC 20037** | |

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Rock Creek Pharmaceuticals, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Rock Creek Pharmaceuticals, Inc. 401(k) Plan** | EIN: **52-1402131** |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **BB&T**<br>**3201 N. Tamiami Trail**<br>**Sarasota, FL 34234** | **XXXX-9462** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/31/2016** | **$728.00** |
| 18.2. | **BB&T**<br>**3201 N. Tamiami Trail**<br>**Sarasota, FL 34234** | **XXXX-9810** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/31/2016** | **$4,637.07** |
| 18.3. | **BB&T**<br>**3201 N. Tamiami Trail**<br>**Sarasota, FL 34234** | **XXXX-9829** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **3/10/2016** | **$237.66** |

Debtor    **Rock Creek Pharmaceuticals, Inc.**                     Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.4. | **BB&T**<br>**3201 N. Tamiami Trail**<br>**Sarasota, FL 34234** | XXXX-7561 | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/31/2016 | $662.78 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>**7455 16th Street**<br>**Building B**<br>**Sarasota, FL 34243** | **Dianna Lally, 3740 Eagle Hammock Dr., Sarasota, FL 34243;**<br><br>**Michael J. Mullan, 988 Boulevard of the Arts #416, Sarasota, FL 34236;**<br><br>**William L. McMahon, 10524 Cheval Place, Bradenton, FL 34202;**<br><br>**Theodore Jenkins, 260 Wahackme Rd., New Canaan, CT 06840;**<br><br>**Rick Milam, 5546 Pebble Beach Drive, Lakeland, FL 33813** | **Records** | ☐ No<br>■ Yes |

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Rock Creek Pharmaceuticals, Inc.** | Case number *(if known)* |
|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **RCP Development, Inc.**<br>**2040 Whitfield Ave.**<br>**Suite 300**<br>**Sarasota, FL 34243** | **Research and Development** | **EIN:**    **26-1971124**<br><br>**From-To**    **6/22/2007 to Present** |
| 25.2. | **Star Tobacco, Inc.**<br>**2040 Whitfield Ave.**<br>**Suite 300**<br>**Sarasota, FL 34243** | **Holding company for tobacco claims** | **EIN:**    **54-1564447**<br><br>**From-To**    **11/14/1990 to Present** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Rock Creek Pharmaceuticals, Inc.** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Dianna Lally** **Rock Creek Pharmaceuticals, Inc.** **2040 Whitfield Avenue** **Suite 300** **Sarasota, FL 34243** | **September 2014 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Cherry Bekaert LLP** **401 East Jackson Street** **Suite 3400** **Tampa, FL 33602** | **January 2014 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rock Creek Pharmaceuticals, Inc.** **2040 Whitfield Ave.** **Suite 300** **Sarasota, FL 34243** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Michael J. Mullan | 988 Boulevard of the Arts #416 Sarasota, FL 34236 | **Chairman and CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William L. McMahon | 10524 Cheval Place Bradenton, FL 34202 | **Chief Financial Officer** | |

Debtor    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Lee Canaan | 5846 Winans View Ct. Pinckney, MI 48169 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Robert Scannell | 3 Harbor Drive Suite 213 Sausalito, CA 94965 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Scott Sensenbrenner | 8982 Bloomfield Blvd. Sarasota, FL 34238 | Director | 12/27/2013 to 7/01/2016 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Sunitha Chundru Samuel | 40 Cradle Rock Rd. Princeton, NJ 08540 | Director | 4/20/2015 to 7/05/2016 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Rock Creek Pharmaceuticals, Inc. | EIN:    52-1402131 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 27, 2016**

**/s/ William L. McMahon**                              **William L. McMahon**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **William L. McMahon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

| | | | **Unsecured claim** |
|---|---|---|---|

**1**

**Hudson Bay Capital Management**
**777 Third Avenue**
**30th Floor**
**New York, NY 10017**

What is the nature of the claim?    Controlled Cash Account    $ **$10,239,464.86**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

gantonopoulus@hudsonbaycapital.com
Contact

Contact phone

**Does the creditor have a lien on your property?**
☐ No
☑ Yes. Total claim (secured and unsecured)    $ **$10,239,464.86**
　　Value of security:    - $ **$0.00**
　　Unsecured claim    $ **$10,239,464.86**

**2**

**Tenor Capital Management**
**1180 Avenue of Americas**
**Suite 1940**
**New York, NY 10036**

What is the nature of the claim?    Controlled Cash Account    $ **$4,922,901.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)* _____

**wkhatri@tenorcapital.com**

Contact

| | ■ | Yes. Total claim (secured and unsecured) | $ | **$4,922,901.00** |
|---|---|---|---|---|
| | | Value of security: | - $ | **$0.00** |
| Contact phone | | Unsecured claim | $ | **$4,922,901.00** |

---

| **3** | | | |
|---|---|---|---|

**MCGUIRE WOODS LLP**
**ATTN: ACCOUNTS RECEIVABLE**
**901 EAST CARY  STREET**
**Richmond, VA 23219-4030**

What is the nature of the claim?    <u>Legal Fees</u>    $ **$1,384,128.80**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

☐ No
☐ Yes. Total claim (secured and unsecured) $ _____
    Value of security: - $ _____

Contact

Contact phone                Unsecured claim $ _____

---

| **4** | | | |
|---|---|---|---|

**In re Star Scientific Derivative**
**Pls.**
**c/o Matthew Houston**
**Harwood Feffer LLP**
**488 Madison Ave.**
**New York, NY 10022**

What is the nature of the claim?    <u>Judgment</u>    $ **$532,019.89**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
    Value of security: - $ _____

Contact

Contact phone                Unsecured claim $ _____

---

| **5** | | | |
|---|---|---|---|

**STEPTOE & JOHNSON LLP**
**1330 CONNECTICUT AVE N W**
**Washington, DC 20036-1795**

What is the nature of the claim?    <u>Legal Fees</u>    $ **$464,897.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured) $ _____
    Value of security: - $ _____

Contact

Contact phone                Unsecured claim $ _____

---

| **6** | | | |
|---|---|---|---|

**JOHN J. MCKEON**
**621 NEW JERSEY AVENUE**
**Point Pleasant Beach, NJ 08742**

What is the nature of the claim?    <u>Note Payable</u>    $ **$350,000.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**      Case number (if known) _____

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

_____
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact phone

Value of security:      - $ _____
Unsecured claim      $ _____

---

**7**

**Paul Perito**
**6219 Kennedy Drive**
**Chevy Chase, MD 20815**

**What is the nature of the claim?**    **Severance**    $ **$312,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact phone

Value of security:      - $ _____
Unsecured claim      $ _____

---

**8**

**Michael J. Mullan**
**988 Boulevard of the Arts**
**#416**
**Sarasota, FL 34236**

**What is the nature of the claim?**      $ **$284,917.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

_____
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact phone

Value of security:      - $ _____
Unsecured claim      $ _____

---

**9**

**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
**PO BOX 1764**
**White Plains, NY 10602**

**What is the nature of the claim?**    **Legal Fees**    $ **$259,043.75**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

_____
Contact

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact phone

Value of security:      - $ _____
Unsecured claim      $ _____

---

**10**

**What is the nature of the claim?**    **Legal Fees**    $ **$246,930.91**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)*

**K&L GATES LLP**
**1717 MAIN STREET**
**SUITE 2800**
**Dallas, TX 75201**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
                    Value of security:    - $ _____
                    Unsecured claim    $ _____

Contact

Contact phone

---

| 11 | **CHADBOURNE & PARKE LLP**<br>**ACCOUNTING DEPT**<br>**30 ROCKEFELLER PLAZA**<br>**New York, NY 10112** |
|---|---|

**What is the nature of the claim?**    **Legal Fees**    $ **$243,654.90**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
                    Value of security:    - $ _____
                    Unsecured claim    $ _____

Contact

Contact phone

---

| 12 | **FOLEY & LARDNER LLP**<br>**100 NORTH TAMPA ST**<br>**SUITE 2700**<br>**Tampa, FL 33602-5810** |
|---|---|

**What is the nature of the claim?**    **Legal Fees**    $ **$214,729.67**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
                    Value of security:    - $ _____
                    Unsecured claim    $ _____

Contact

Contact phone

---

| 13 | **Maxim Group LLC**<br>**405 Lexington Ave**<br>**2nd Floor**<br>**New York, NY 10174** |
|---|---|

**What is the nature of the claim?**    **Broker Fees**    $ **$183,125.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

Contact

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)*

_____                     Value of security:         - $ _____
Contact phone                                   Unsecured claim              $ _____

---

| 14 | MORGAN, LEWIS & BOCKIUS LLP | What is the nature of the claim? | **Legal Fees** | $ **$179,527.89** |

**MORGAN, LEWIS & BOCKIUS LLP**
**1111 PENNSYLVANIA AVE NW**
**Washington, DC 20004**

What is the nature of the claim?    **Legal Fees**    $ **$179,527.89**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:                      - $ _____
Contact                                          Unsecured claim    $ _____
Contact phone

---

**CROWELL & MORING LLP**
**P. O. Box 75509**
**Baltimore, MD 21275-5509**

What is the nature of the claim?    **Legal Fees**    $ **$163,437.50**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:                      - $ _____
Contact                                          Unsecured claim    $ _____
Contact phone

---

**16**

**BANNER & WITCOFF, LTD**
**1100 13th STREET, NW**
**SUITE 1200**
**Washington, DC 20005**

What is the nature of the claim?    **Patent Legal**    $ **$162,423.87**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
        Value of security:                      - $ _____
Contact                                          Unsecured claim    $ _____
Contact phone

---

**17**

**LEE M CANAAN**
**5846 WINANS VIEW COURT**
**Pinckney, MI 48169**

What is the nature of the claim?    **Directors Fees**    $ **$126,325.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Rock Creek Pharmaceuticals, Inc.**                    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact

Contact phone

---

**18**

**SCOTT P SENSENBRENNER**
**8982 BLOOMFIELD BLVD**
**Sarasota, FL 34238**

What is the nature of the claim?    **Directors Fees**    $ **$101,075.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact

Contact phone

---

**19**

**BROADRIDGE ICS**
**P O BOX 416423**
**Boston, MA 02241-6423**

What is the nature of the claim?    **Shareholder Svcs**    $ **$96,122.20**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact

Contact phone

---

**20**

**JAFFE & ASHER, LLP**
**600 THIRD AVENUE**
**9TH FLOOR**
**New York, NY 10016-1901**

What is the nature of the claim?    **Legal Fees**    $ **$94,799.66**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
    - Value of security:    - $ _____
    - Unsecured claim    $ _____

Contact

Contact phone

---

**Part 2:    Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1     **Rock Creek Pharmaceuticals, Inc.**                                    Case number *(if known)*

X     **/s/ William L. McMahon**                                    X
      **William L. McMahon**                                              Signature of Debtor 2
      Signature of Debtor 1


      Date     **September 27, 2016**                         Date

B 104 (Official Form 104)          **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          **Page 7**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

# United States Bankruptcy Court
## District of Delaware

In re    __Rock Creek Pharmaceuticals, Inc.__            Case No.    _____

                                            Debtor(s)      Chapter    __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __September 27, 2016__ _____        __/s/ William L. McMahon__ _____

                                                     __William L. McMahon__/__Chief Financial Officer__
                                                     Signer/Title

Rock Creek Pharmaceuticals, Inc.
2040 Whitfield Avenue
Suite 300
Sarasota, FL 34243

BUTLER WOODCRAFTERS, INC
413-A Branchway Road
Richmond, VA 23236

OTTO CORPORATION SYSTEM
PO BOX 4349
Carol Stream, IL 60197

John D. McLaughlin, Jr. Del. Bar No.
Ciardi Ciardi & Astin
1204 North King Street
Wilmington, DE 19801

Butler Woodcrafters, Inc.
89 Duckworth Drive
Chase City, VA 23924

BENJAMIN M DENT
225 PULLMAN PLACE APT 100
Kirkwood, MO 63122

'INVeSHARE, Inc.
P O BOX 568
Alpharetta, GA 30009-0568

LEE M CANAAN
5846 WINANS VIEW COURT
Pinckney, MI 48169

Digital Insurance
200 Galleria Parkway
Suite 1950
Atlanta, GA 30339

SHIRWAUN ADAMS
6000 PLATA STREET
Clinton, MD 20735

CAPITAL RESEARCH & MANAGEMENT CO
FINANCE AND ACCOUNTING
P O BOX 659530
San Antonio, TX 78265-9530

COMURO GINSBERG PC
1101 KING STREET
SUITE 610
Alexandria, VA 22314

AETNA LIFE INSURANCE COMPANY
PO BOX 7247-0213
Philadelphia, PA 19170-0213

CAULKINS & BRUCE, PC
2300 WILSON BLVD
SUITE 240
Arlington, VA 22201

SAM DUFFY
8771 GREY OAKS
Sarasota, FL 34238-4304

AT&T MOBILITY
P O BOX 6463
Carol Stream, IL 60197-6463

CHADBOURNE & PARKE LLP
ACCOUNTING DEPT
30 ROCKEFELLER PLAZA
New York, NY 10112

Eiger Health Consulting Group
7 Eden Drive
Eatons Hill QLD 4037
AUSTRALIA

BANNER & WITCOFF, LTD
1100 13th STREET, NW
SUITE 1200
Washington, DC 20005

CHERRY BEKAERT LLP
401 East Jackson St.
SUITE 3400
Tampa, FL 33602

FedEx Office
Customer Administrative Services
P.O. Box 672085
Dallas, TX 75267-2085

BRIGHT HOUSE NETWORKS, LLC
P.O. BOX 31710
Tampa, FL 33631-3710

CORPORATION SERVICE COMPANY
2711 CENTERVILLE ROAD
Wilmington, DE 19808

FOLEY & LARDNER LLP
100 NORTH TAMPA ST
SUITE 2700
Tampa, FL 33602-5810

BROADRIDGE ICS
P O BOX 416423
Boston, MA 02241-6423

COVINGTON & BURLING, LLP
ONE FRONT STREET
San Francisco, CA 94111-5356

DAVID S FOULKE
LANSDALE BUSINESS CTR
650 N CANNON AVE
Lansdale, PA 19446

BRYAN CAVE LLP
PO BOX 503089
Saint Louis, MO 63150-3089

CROWELL & MORING LLP
P. O. Box 75509
Baltimore, MD 21275-5509

FRONTIER COMMUNICATIONS
PO BOX 740407
Cincinnati, OH 45274-0407

Globe Midwest Adjusters International
25800 Northwestern Highway
Suite 885
Southfield, MI 48075

ISA OF MECKLENBURG CO.,VA
P O BOX 307
Boydton, VA 23917

Diantha Lally
3740 Eagle Hammock Drive
Sarasota, FL 34243

GUARDIAN
P.O. BOX 824404
Philadelphia, PA 19182-4404

In re Star Scientific Derivative Pls.
c/o Matthew Houston
Harwood Feffer LLP
488 Madison Ave.
New York, NY 10022

Ryan K. Lanier
306 32nd St W
Bradenton, FL 34205

Hancock & Whitney Bank
Robert Weskerna
28163 US Highway 19 North
Suite 300
Clearwater, FL 33761

Industrial Development Authority
319 N. Main Street
Chase City, VA 23924

Jane Loescher
52 Sunset Lane
Attleboro, MA 02703

HANCOCK BANK CREDIT CARD
PO BOX 23070
Columbus, GA 31902-3070

IPREO DATA INC
GENERAL POST OFFICE
P O BOX 26886
New York, NY 10087-6886

MARLIN BUSINESS BANK
P O BOX 13604
Philadelphia, PA 19101-3604

Hudson Bay Capital Management
777 Third Avenue
30th Floor
New York, NY 10017

IRON MOUNTAIN
PO BOX  27128
New York, NY 10087-7128

Marsh & McLennan Agency
4900 Libbie Mill East Blvd
Suite 100
Richmond, VA 23230

Hudson Bay Capital Management
George Antonopoulus
777 Third Avenue
30th Floor
New York, NY 10017

JAFFE & ASHER, LLP
600 THIRD AVENUE
9TH FLOOR
New York, NY 10016-1901

Maxim Group LLC
405 Lexington Ave
2nd Floor
New York, NY 10174

Betsy Hughes-Formella
Schonningstedter Str. 128b
21465 Reinbek
GERMANY

Theodore Jenkins
260 Wahackme Road
New Canaan, CT 06840

MCCLUSTER CONSTRUCTION
157 GODSEY LANE
Chase City, VA 23924

HYMAN, PHELPS & MCNAMARA, P.C.
700 13TH ST, NW
SUITE 1200
Washington, DC 20005-5929

JENNISON & SHULTZ, P.C.
2001 Jefferson Davis Hwy
Crystal Plaza #1 Suite 1102
Arlington, VA 22202-3604

EDWARD J McDONNELL
126 Three Bears Trail
Ormond Beach, FL 32174

ICE SYSTEMS INC
PO BOX 11126
Hauppauge, NY 11788-0934

K&L GATES LLP
1717 MAIN STREET
SUITE 2800
Dallas, TX 75201

MCGUIRE WOODS LLP
ATTN: ACCOUNTS RECEIVABLE
901 EAST CARY  STREET
Richmond, VA 23219-4030

ICR
761 MAIN AVENUE
Norwalk, CT 06851

KELLEY DRYE & WARREN LLP
ATTN: TREASURER'S DEPT
101 PARK AVENUE
New York, NY 10178

McGuire Woods LLP
800 E Canal St
Richmond, VA 23219

JOHN J. MCKEON
621 NEW JERSEY AVENUE
Point Pleasant Beach, NJ 08742

NATIONAL ECONOMIC RESEARCH ASSOCIATES
P O BOX 7247-6754
Philadelphia, PA 19170-6754

Nestle Waters Morris Products S.A.
Quai Jeanrenaud 5
200 Neuchatel
SWITZERLAND

William L. McMahon
10524 Cheval Place
Bradenton, FL 34202

North Star Capital Advisors
1 Chase Road
Penthouse
Scarsdale, NY 10583

PR Newswire Services
Caroline Kessler
350 Hudson Street
New York, NY 10014

MEDIANT COMMUNICATIONS, INC.
P O BOX 29976
New York, NY 10087-9976

Nutri Sport Pharmacal, Inc.
200 North Church Road
Franklin, NJ 07416

PR NEWSWIRE, INC.
GPO BOX 5897
New York, NY 10087-5897

Dr. Allen Menter
3900 Junius St
Suite 145
Dallas, TX 75246

OCEAN TOMO LLC
Accounts Receivable
200 W Madison 37th Floor
Chicago, IL 60606

Premium Assignment Corporation
PO Box 8800
Tallahassee, FL 32314-8800

Richard Milam
5546 Pebble Beach Drive
Lakeland, FL 33813

OMNIVUE BUSINESS SOLUTIONS, LLC
1355 WINDWARD CONCOURSE
Alpharetta, GA 30005

PRINCIPAL LIFE INSURANCE CO
PLIC SBD GRAND ISLAND
P O BOX 10372
Des Moines, IA 50306-0372

MILES & STOCKBRIDGE PC
100 LIGHT STREET
Baltimore, MD 21202

OTC MARKETS GROUP INC
PO BOX 29959
New York, NY 10087-9959

PRO ACTIVE CAPITAL RESOURCES L
535 FIFTH AVE
24TH FLOOR
New York, NY 10017

MLV & Co LLC
1301 Avenue of the Americas, 43rd Floor
New York, NY 10019

PAUL, HASTINGS,JANOFSKY & WALKER LLP
875 15TH STREET N. W.
Washington, DC 20005

Pro Active Capital Resources
535 5th Avenue
24th Floor
New York, NY 10017

MORGAN, LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVE NW
Washington, DC 20004

Paul Perito
6219 Kennedy Drive
Chevy Chase, MD 20815

PROCTOR HEYMAN ENERIO LLP
300 DELAWARE AVE
SUITE 200
Wilmington, DE 19801

Michael J. Mullan
988 Boulevard of the Arts
#416
Sarasota, FL 34236

Paul Perito
c/o Robert L. Rocke, Esq.
Rocke, McLean & Sbar
2309 S. McDill Avenue
Tampa, FL 33629

ReadyRefresh by Nestle
P O Box 856680
Louisville, KY 40285-6680

Michael J. Mullan
2040 Whitfield Ave
Suite 300
Sarasota, FL 34243

Pharmakey LLC
4819 Emperor Blvd
Suite 400
Durham, NC 27703

Regent Court Technologies
c/o Francis E. O'Donnell
709 The Hamptons Lane
Chesterfield, MO 63017

RICOH/ WELLS FARGO VENDOR FINANCE
P O BOX 740540
Atlanta, GA 30374-0540

STEPTOE & JOHNSON LLP
1330 CONNECTICUT AVE N W
Washington, DC 20036-1795

WELLS FARGO
SHAREOWNER SERVICES
WF 8113    P O BOX 1450
Minneapolis, MN 55485-8113

ROSKAMP INSTITUTE
2040 WHITFIELD AVENUE
Sarasota, FL 34243

Tenor Capital Management
1180 Avenue of Americas
Suite 1940
New York, NY 10036

Wells Fargo Financial Services, LL
PO Box 740540
Atlanta, GA 30374-0540

Sunitha Chundru Samuel
40 Cradle Rock Rd
Princeton, NJ 08540

Tenor Capital Management
Waqas Khatri
1180 Avenue of Americas
Suite 1940
New York, NY 10036

WELLS FARGO TRUST OPERATIO
NW 5159
P O BOX 1450
Minneapolis, MN 55485-5159

SARASOTA CHAMBER OF COMMERCE
1945 Fruitvile Road
Sarasota, FL 34243

The Guardian Life Insurance Company
7 Hanover Square
New York, NY 10004

JONNIE WILLIAMS
4401 BAY SHORE RD
Sarasota, FL 34234

Robert Scannell
3 Harbor Drive
Suite 213
Sausalito, CA 94965

The Roskamp Institute
c/o Fiona Crawford, President & CEO
2040 Whitfield Ave
Sarasota, FL 34243

KEVIN WILLIS
3902 PACES FERRY RD
Chester, VA 23831

SCOTT P SENSENBRENNER
8982 BLOOMFIELD BLVD
Sarasota, FL 34238

THE STANDARD
CRUMP LIFE INS. SERVICES
280 S 400 W SUITE 100
Salt Lake City, UT 84101

American Capital Management, LLC
205 East 42nd St.
16th Floor
New York, NY 10017

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PO BOX 1764
White Plains, NY 10602

TACHAU
1430 LOCUST ROAD NW
Washington, DC 20012-1214

Howard T. Baldwin
19W241 Old Tavern Rd. W.
Oak Brook, IL 60523

SRQ Bio LLC
Fiona Crawford, President & CEO
2040 Whitfield Ave
Sarasota, FL 34243

University of Manchester
Professor EM Griffiths
Oxford Road
Manchester M13 9PL
UNITED KINGDOM

Lee Cawthon
Collector - TSI Commercial Division
507 Prudential Rd.
Horsham, PA 19044

SRQ Bio LLC
Fiona Crawford, Ph.D.
2040 Whitfield Ave
Sarasota, FL 34243

UPS Philadelphia PA
P.O.BOX 7247-0244
Philadelphia, PA 19170-0001

Hagens Berman Sobol Shapiro LLP
Daniel J. Kurowski
455 North Cityfront Plaza Drive
Suite 2410
Chicago, IL 60611

STAPLES ADVANTAGE
DEPT DC
P O BOX 415256
Boston, MA 02241-5256

VERIZON CREDIT INC
P O BOX 650478
Dallas, TX 75265-0478

Thomas Ierubino
Mai Tai Enterprises
10009 S. Glen Rd
Suite 100
Potomac, MD 20854-4131

In re Star Scientific Derivative Pls.
c/o Joshua Lifshitz
Lifshitz Law Firm
821 Franklin Avenue, Suite 209
Garden City, NY 11530

In re Star Scientific Derivative Pls.
c/o Melinda Nicholson
Kahn Swick & Foti, LLC
206 Covington Street
Madisonville, LA 70447

Iroquois Master Fund, LTD
205 East 42nd St.
16th Floor
New York, NY 10017

Fred Ivey
Accts Collection Dept
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202

Olshan Frome Wolosky LLP
Thomas J. Fleming
65 East 55th Street
New York, NY 10022

Jerry Van Norman
14515 NW 63rd Street
Kansas City, MO 64152

# United States Bankruptcy Court
## District of Delaware

In re  **Rock Creek Pharmaceuticals, Inc.**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Rock Creek Pharmaceuticals, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 27, 2016**

Date

**/s/ John D. McLaughlin, Jr. Del. Bar No.**

**John D. McLaughlin, Jr. Del. Bar No. 4123**

Signature of Attorney or Litigant

Counsel for   **Rock Creek Pharmaceuticals, Inc.**

**Ciardi Ciardi & Astin**

**1204 North King Street**
**Wilmington, DE 19801**
**302.384.9545 Fax:302.658.1300**
**jmclaughlin@ciardilaw.com**