# MINUTES OF A SPECIAL MEETING OF
# THE BOARD OF DIRECTORS OF
# ROCK CREEK PHARMACEUTICALS, INC.
### September 19, 2016

A special meeting of the Board of Directors of Rock Creek Pharmaceuticals, Inc., a Delaware Corporation, (the "Company"), was held at 1:00 p.m. eastern standard time on September 19, 2016, at the offices of Rock Creek Pharmaceuticals, 2040 Whitfield Avenue, Suite 300, Sarasota, Fl 34243 and via the telephone. The meeting was called by Dr. Michael Mullan, and all Directors were either given timely notice of this meeting or else have signed a waiver of notice, which is attached to these minutes, or have waived notice by their presence at this meeting.

The following directors were present: Michael Mullan, Ms. Lee Canaan, and Robert Scannell. These, being all the directors of the Company, constituted a quorum of the Board of Directors. William L. McMahon, the Company's Secretary was also in attendance. John D. McLaughlin, Jr. and Daniel K. Astin Esq. of Ciardi, Ciardi & Astin, and John Collen and Karen Tobin of SmithAmundsen, of the Company's legal counsel were also in attendance via telephone conference at the invitation of the Board of Directors.

The meeting was called to order by Dr. Mullan, who acted as Chair of the meeting. William L. McMahon acted as Secretary of the meeting. The purpose of the meeting was to request approval for filing a Chapter 7 petition under Chapter 7 of the United States Bankruptcy Code (the "Code").

Dr. Mullan provided a brief summary of events leading up to this matter. Starting the discussion from back in the summer of 2015 when the Company was looking to do a capital raise to complete the Phase II funding. Dr. Mullan also discussed the issues faced by the Company, and its stock price and value, as a result of the legacy issues from the former management and board. The Company had to transition from a nutraceutical company into a pharmaceutical development company as a result of the FDA designating anatabine as a drug. Dr. Mullan's role was to development the drug and the Company had successfully completed an oral phase I safety and tolerability study in 2014/2015. The legacy issues however continued to negatively impact on the price of the stock and impacted on the ability of the Company to raise funds. In the late summer of 2015, the Company explored the prospect of doing a rights offering, but the market for the pharmaceuticals industry had turned negative, and the Company was faced with a delisting threat from NASDAQ. The only option remaining to the Company was an offer of funding through a Senior Secured Convertible Note. The price of the Company's stock continued to slowly decline, but once the Company was required to begin repayment of the Notes through the issuance of shares of stock, the decline in the price became precipitous. During this time period, the Company and its management explored multiple options for funding, including discussions with a network of high net worth families. The Company also sought funding from pharmaceutical companies and private equity sources. Finally, the Company sought funding through a stalking horse in anticipation of a 363 sale of the Company's intellectual property. During this process, the lenders declared a default and accelerated the

notes. The Company was unable to find funding and in an effort to preserve the remaining value of the assets of the Company, the directors were asked to approve a Chapter 7 filing.

A statement was then made by John Collen, legal counsel to the Company, concerning the approval and authorization of filings under Chapter 7 of the United States Bankruptcy Code.

Director Scannell moved that the Company adopt a resolution to approve and authorize the filing of a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court in any jurisdiction where such a filing would be proper, (the "Bankruptcy Court"). After discussion concerning the motion, and on the unanimous vote of the Directors in favor of the resolution, it was:

RESOLVED, the Company is authorized to file a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court in any jurisdiction where such a filing would be proper, (the "Bankruptcy Court").

FURTHER RESOLVED, that the Chief Executive Officer, the Chief Financial Officer, the Treasurer and Secretary be authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code and to file such a petition in Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other such pleadings or documents which are necessary or appropriate.

FURTHER RESOLVED, that the Chief Executive Officer, the Chief Financial Officer, the Treasurer and Secretary be, and each of them hereby, is authorized to retain on behalf of the Company the law firm of Ciardi, Ciardi & Astin as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent the Company in connection with filing such Chapter 7 petition and other related matters in connection therewith;

## General Authority

FURTHER RESOLVED, that any and all actions heretofore taken by the Chief Executive Officer, the Chief Financial Officer, the Treasurer and Secretary of the Company, in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

FURTHER RESOLVED, that Chief Executive Officer, the Chief Financial Officer, the Treasurer and Secretary of the Company be, and each of them hereby, is authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions;

FURTHER RESOLVED, that these Minutes may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

There being no further business before the meeting, on a motion duly made, the Directors voted to adjourn the meeting at 1:45 p.m.

Signatures follow:

*DocuSigned by: [signature] 4DEFE6370BE6418...*

_____
Michael Mullan

_____
Ms. Lee Canaan

_____
Robert Scannell

Being all the Directors of the Company.

FURTHER RESOLVED, that these Minutes may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

There being no further business before the meeting, on a motion duly made, the Directors voted to adjourn the meeting at 1:45 p.m.

Signatures follow:

_____
Michael Mullan

_____
Ms. Lee Canaan
*(DocuSigned by: Lee Canaan, E804C165D0834A1...)*

_____
Robert Scannell

Being all the Directors of the Company.

FURTHER RESOLVED, that these Minutes may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

There being no further business before the meeting, on a motion duly made, the Directors voted to adjourn the meeting at 1:45 p.m.

Signatures follow:

_____
Michael Mullan

_____
Ms. Lee Canaan

_____
Robert Scannell

Being all the Directors of the Company.

## WAIVER OF NOTICE OF SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF
## ROCK CREEK PHARMACEUTICALS, INC.

I, the undersigned, being a director of Rock Creek Pharmaceuticals, Inc., hereby waive call and notice of, and any irregularities in the call and notice if the Special Meeting of the Board of Directors held at the offices of Rock Creek Pharmaceuticals, 2040 Whitfield Avenue, Suite 300, Sarasota, Fl 34243 and via the telephone, at 1:00 p.m. eastern standard time on September 19, 2016.

*DocuSigned by:*
*[signature]*
4DEFE6370BE6418...

Michael Mullan

## WAIVER OF NOTICE OF SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF
## ROCK CREEK PHARMACEUTICALS, INC.

I, the undersigned, being a director of Rock Creek Pharmaceuticals, Inc., hereby waive call and notice of, and any irregularities in the call and notice if the Special Meeting of the Board of Directors held at the offices of Rock Creek Pharmaceuticals, 2040 Whitfield Avenue, Suite 300, Sarasota, Fl 34243 and via the telephone, at 1:00 p.m. eastern standard time on September 19, 2016.

DocuSigned by:
/s/ Lee Canaan
E804C165D0834A1...
Ms. Lee Canaan

## WAIVER OF NOTICE OF SPECIAL MEETING
## OF THE BOARD OF DIRECTORS OF
## ROCK CREEK PHARMACEUTICALS, INC.

I, the undersigned, being a director of Rock Creek Pharmaceuticals, Inc., hereby waive call and notice of, and any irregularities in the call and notice if the Special Meeting of the Board of Directors held at the offices of Rock Creek Pharmaceuticals, 2040 Whitfield Avenue, Suite 300, Sarasota, Fl 34243 and via the telephone, at 1:00 p.m. eastern standard time on September 19, 2016.

_____
Robert Scannell