**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: ROCK CREEK PHARMACEUTICALS, INC. | § | Case No. 16-12120- LSS |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/27/2016. The undersigned trustee was appointed on 09/27/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 298,043.27

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 213,149.74 |
| Bank service fees | 4,133.16 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 80,760.37 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/02/2017 and the deadline for filing governmental claims was 03/27/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,152.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,152.16, for a total compensation of $18,152.16[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $447.54 for total expenses of $447.54[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/18/2020

By: /s/ George L. Miller
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 1

**Case No.:** 16-12120- LSS
**Case Name:** ROCK CREEK PHARMACEUTICALS, INC.
**For Period Ending:** 06/18/2020

**Trustee Name:** (280160) George L. Miller
**Date Filed (f) or Converted (c):** 09/27/2016 (f)
**§ 341(a) Meeting Date:** 10/28/2016
**Claims Bar Date:** 02/02/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Hancock Bank - Operating - 6635 | 402.44 | 3,239.72 | | 3,239.72 | FA |
| 2 | Hancock Bank - Payroll - 3351 | 403.51 | 41.05 | | 41.05 | FA |
| 3 | Hancock Bank - Investment - 3378 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Hancock Bank - Operating - 3319 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Hancock Bank - Operating - 6392 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Roskamp Institute Lease Deposit | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Accounts Receivable<br>Collection due from Howard Jones | 28,333.20 | 28,333.20 | | 28,378.40 | FA |
| 8 | Desks, chairs, file cabinets<br>Petition Value represents book value of the used furniture, not the fair market value. The Trustee values the interest at $0.00 and has abandoned the asset as no value. | 3,800.00 | 0.00 | | 0.00 | FA |
| 9 | Leasehold Improvements<br>Cost of improvements to physical assets in Sarasota, FL and Chase City, VA leases were abandoned. No value to Debtor. | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Insurance Rebates and Refunds (u) | 498.32 | 498.32 | | 498.32 | FA |
| 11 | 2040 Whitfield Avenue Suite 300, Sarasota, FL<br>Ordered Abandoned 11/28/2016 [D.I. 51] | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | 89 Duckworth Dr., Chase City, VA 23924<br>Ordered Abandoned 11/28/2016 [D.I. 51] | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | Patents for synthesis of Anatabine<br>and methods of treatment. Sale approved by Court Order dated 01/11/2018 [D.I. 76]. | 49,648.00 | 49,648.00 | | 235,000.00 | FA |
| 14 | Gross NOL $136,601,477 - valueless without income<br>Tax Year 2002-2014 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Bank Account - BB&T (Interst earned) (u)<br>Funds transferred to Star Tobacco, Inc.; 16-12123 | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Anthem Reimbursement (u) | 3,796.21 | 3,796.21 | | 3,796.91 | FA |
| 17 | Tax Refund - County of Henrico (u) | 779.65 | 779.65 | | 779.65 | FA |
| 18 | Refund - Wells Fargo Shareowner Svcs (u)<br>WFSS acted as Transfer Agent for Rock Creek Pharmaceuticals | 27.89 | 27.89 | | 27.89 | FA |
| 19 | Refund - CTS Shareowner Svcs Termination Proceed (u)<br>WFBNA Exc Agt for Rock Creek Pharmaceuticals | 216.94 | 216.94 | | 216.94 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A
Page: 2

**Case No.:** 16-12120- LSS
**Case Name:** ROCK CREEK PHARMACEUTICALS, INC.
**For Period Ending:** 06/18/2020

**Trustee Name:** (280160) George L. Miller
**Date Filed (f) or Converted (c):** 09/27/2016 (f)
**§ 341(a) Meeting Date:** 10/28/2016
**Claims Bar Date:** 02/02/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Refund - Prepaid Legal Fees (I.P.) (u) | 11,062.82 | 11,062.82 | | 11,062.82 | FA |
| 21 | Restitution - Commonwealth of VA v. Kaynan Ali Samatar (u) | 406.00 | 406.00 | | 406.00 | FA |
| 22 | Refund - Cahill Glazer PLC (u) | 70.78 | 70.78 | | 70.78 | FA |
| 23 | HancockWhitney Bank Acct #6643 (RCP Dev) (u)<br>HancockWhitney Bank Acct #6643 was a bank account reported on the Petition and Schedules for RCP Development, Inc.; Bky. No. 16-12121. The Trustee transferred the di minimis funds to Rock Creek Pharmaceuticals from RCP Development, a wholly owned subsidiary. | 22.72 | 22.72 | | 22.72 | FA |
| 24 | Claim Against Star Tobacco (u) | 15,683,600.68 | 14,500.00 | | 14,502.07 | FA |
| **24** | **Assets Totals (Excluding unknown values)** | **$15,785,269.16** | **$112,643.30** | | **$298,043.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

Related cases: RCP Development, Inc., Bky. No. 16-12121; and Star Tobacco, Inc., Bky. No. 16-12123.

12/31/2016: Sale of Intellectual Property; investigation of preferences and fraudulent conveyances.

12/31/2017: Sale of Intellectual Property; investigation of preferences and fraudulent conveyances. Collection of accounts receivable.

12/31/2018: Sale of escrow funds of BB&T for Star Tobacco, Inc., #16-12123-KG; claims review; potential allocation of assets.

12/31/2019: Collection of proof of claim from Star Tobacco.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020 **Current Projected Date Of Final Report (TFR):** 12/31/2020

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 1

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12120- LSS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | ROCK CREEK PHARMACEUTICALS, INC. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***2131 | **Account #:** | ******2774 Checking |
| **For Period Ending:** | 06/18/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 10/06/16 | {17} | County of Henrico | Proration Tax refund | 1224-000 | 779.65 | | 779.65 |
| 10/06/16 | {16} | Digital Insurance | E&O - Anthem Reimbursement | 1229-000 | 3,796.91 | | 4,576.56 |
| 10/25/16 | {15} | BB&T | Interest Earned | 1229-000 | 22.24 | | 4,598.80 |
| 10/28/16 | {7} | HN Jones III & Stacey A. Jones | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 1 of 20 | 1121-000 | 1,416.67 | | 6,015.47 |
| 10/31/16 | {1} | Hancock Bank | Turnover of funds from Account #6635 | 1129-000 | 3,239.72 | | 9,255.19 |
| 10/31/16 | {2} | Hancock Bank | Turnover of funds from Account #3351 | 1129-000 | 41.05 | | 9,296.24 |
| 11/07/16 | {10} | Benefit Solutions, Inc. | Medical Insurance refunds | 1229-000 | 2,757.17 | | 12,053.41 |
| 11/11/16 | 600001 {15} | Star Tobacco; Bky. No. 16-12123 | Transfer of Funds from Rock Creek Pharmaceuticals to Star Tobacco. Check was made payable to incorrect debtor for asset listed on Star Tobacco Schedules | 1229-000 | -22.24 | | 12,031.17 |
| 11/14/16 | {10} | Benefit Solutions, Inc. | Medical Insurance refunds Reversal of original deposit dated 11/07/16 Stop Payment Place by the check maker. Upon further investigation, this check is a COBRA reimbursement and not an asset of the Estate. | 1229-000 | -2,757.17 | | 9,274.00 |
| 11/15/16 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 16.90 | | 9,290.90 |
| 11/18/16 | {10} | Guardian Life Insurance Company | Insurance Refund of overpayment | 1229-000 | 133.32 | | 9,424.22 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 9,409.22 |
| 12/14/16 | {7} | HN Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 2 of 20 | 1121-000 | 1,416.67 | | 10,825.89 |
| 12/14/16 | {7} | HN Jones III & Stacey A. Jones | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 3 of 20 | 1121-000 | 1,416.67 | | 12,242.56 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 12,227.56 |
| 01/04/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 4 of 20 | 1121-000 | 1,416.67 | | 13,644.23 |
| 01/12/17 | 600002 | International Sureties LTD | Blanket Bond Renewal Bond #016026389 from 01/01/17 to 01/01/18 | 2300-000 | | 5.89 | 13,638.34 |
| 01/17/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 23.91 | | 13,662.25 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 16.25 | 13,646.00 |
| 01/31/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 5 of 20 | 1121-000 | 1,416.67 | | 15,062.67 |
| 02/15/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 53.94 | | 15,116.61 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.02 | 15,096.59 |
| | | | | **Page Subtotals:** | **$15,168.75** | **$72.16** | |

# Form 2
## Cash Receipts And Disbursements Record

**Exhibit B**
Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12120- LSS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | ROCK CREEK PHARMACEUTICALS, INC. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***2131 | **Account #:** | ******2774 Checking |
| **For Period Ending:** | 06/18/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 03/06/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 6 of 20 | 1121-000 | 1,416.67 | | 16,513.26 |
| 03/13/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 73.55 | | 16,586.81 |
| 03/20/17 | {10} | Marsh & McLennan Agency LLC | Return Premium Policy #14WEBCT6799 | 1229-000 | 365.00 | | 16,951.81 |
| 03/27/17 | 600003 {15} | Star Tobacco; Bky. No. 16-12123 | Transfer of Funds from Rock Creek Pharmaceuticals to Star Tobacco. Checks were made payable to incorrect debtor for asset listed on Star Tobacco Schedules | 1229-000 | -168.30 | | 16,783.51 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 20.25 | 16,763.26 |
| 03/30/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 7 of 20 | 1121-000 | 1,416.67 | | 18,179.93 |
| 04/04/17 | {18} | Wells Fargo Shareowner Services | Wire In - Refund of outstanding funds from remaining outstanding checks | 1229-000 | 27.89 | | 18,207.82 |
| 04/25/17 | {19} | CTS Shareowner Services | Refund - CTS Shareowner Svcs Termination Proceeds | 1229-000 | 216.94 | | 18,424.76 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 24.42 | 18,400.34 |
| 05/02/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 8 of 20 | 1121-000 | 1,416.67 | | 19,817.01 |
| 05/08/17 | {20} | Banner & Witcoff, LTD. | Refund of Prepaid legal fees (I.P. counsel) | 1229-000 | 11,062.82 | | 30,879.83 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 26.23 | 30,853.60 |
| 06/06/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 9 of 20 | 1121-000 | 1,416.67 | | 32,270.27 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 41.51 | 32,228.76 |
| 07/11/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 10 of 20 | 1121-000 | 1,416.67 | | 33,645.43 |
| 07/12/17 | {7} | Howard Jones III | Deposit correction: Deposit recorded as $1,416.67; should have been $1.461.67 | 1121-000 | 45.00 | | 33,690.43 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 46.00 | 33,644.43 |
| 08/02/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 11 of 20 | 1121-000 | 1,416.67 | | 35,061.10 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 49.29 | 35,011.81 |
| 09/08/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 12 of 20 | 1121-000 | 1,416.67 | | 36,428.48 |
| | | | **Page Subtotals:** | | **$21,539.59** | **$207.70** | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12120- LSS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | ROCK CREEK PHARMACEUTICALS, INC. | **Bank Name:** | UNION BANK |
| **Taxpayer ID #:** | **-***2131 | **Account #:** | ******2774 Checking |
| **For Period Ending:** | 06/18/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 51.96 | 36,376.52 |
| 10/03/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 180.78 | | 36,557.30 |
| 10/03/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 106.71 | | 36,664.01 |
| 10/03/17 | {15} | BB&T | Interest Earned Transferred to Star Tobacco, 16-12123 | 1229-000 | 132.82 | | 36,796.83 |
| 10/06/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 13 of 20 | 1121-000 | 1,416.67 | | 38,213.50 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 38,213.50 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **38,545.32** | **38,545.32** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 38,213.50 | |
| **Subtotal** | **38,545.32** | **331.82** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$38,545.32** | **$331.82** | |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 4

**Case No.:** 16-12120- LSS
**Case Name:** ROCK CREEK PHARMACEUTICALS, INC.
**Taxpayer ID #:** **-***2131
**For Period Ending:** 06/18/2020

**Trustee Name:** George L. Miller (280160)
**Bank Name:** Mechanics Bank
**Account #:** ******8966 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 38,213.50 | | 38,213.50 |
| 10/27/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 14 of 20 | 1121-000 | 1,416.67 | | 39,630.17 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.54 | 39,602.63 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.96 | 39,545.67 |
| 12/13/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 15 of 20 | 1121-000 | 1,416.67 | | 40,962.34 |
| 12/29/17 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 16 of 20 | 1121-000 | 1,416.67 | | 42,379.01 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.00 | 42,323.01 |
| 01/31/18 | {13} | Philip Morris Products, SA | Sale of Intellectual Property pursuant to Court Order dated 1/11/2018 [D.I. 76] | 1129-000 | 235,000.00 | | 277,323.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 66.68 | 277,256.33 |
| 02/07/18 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 17 of 20 | 1121-000 | 1,416.67 | | 278,673.00 |
| 02/12/18 | 700001 {15} | Star Tobacco; Bky. No. 16-12123 | Transfer of Funds from Rock Creek Pharmaceuticals to Star Tobacco. Checks were made payable to incorrect debtor for asset listed on Star Tobacco Schedules | 1229-000 | -420.31 | | 278,252.69 |
| 02/20/18 | 700002 | Hill Archive | Invoice #34328 dated 02/15/18 - Record storage for Mar/2018; Initial box Input; Pickup/Del | 2410-000 | | 135.52 | 278,117.17 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 372.95 | 277,744.22 |
| 03/06/18 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 18 of 20 | 1121-000 | 1,416.67 | | 279,160.89 |
| 03/20/18 | 700003 | Hill Archive | Invoice #34737 dated 03/15/18 - Record storage for Apr/2018; Pickup/Delivery | 2410-000 | | 45.80 | 279,115.09 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 401.04 | 278,714.05 |
| 04/04/18 | 700004 | Davies Collison Cave Pty Ltd | Invoice Nos. 100299194 (03/08/17), 100299850 (03/15/17), and 100308440 (05/15/17) - Payment of Australian Patents | 2990-000 | | 3,999.00 | 274,715.05 |
| 04/13/18 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 19 of 20 | 1121-000 | 1,416.67 | | 276,131.72 |
| 04/25/18 | 700005 | Hill Archive | Invoice #35131 dated 04/15/18 - Record storage for May/2018 | 2410-000 | | 15.67 | 276,116.05 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 388.34 | 275,727.71 |
| 05/03/18 | {7} | Howard Jones III | Accounts Receivable, pursuant to pre-petition settlement agreement. Payment 20 of 20 | 1121-000 | 1,416.67 | | 277,144.38 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$282,709.88** | **$5,565.50** |

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 5

**Case No.:** 16-12120- LSS
**Case Name:** ROCK CREEK PHARMACEUTICALS, INC.
**Taxpayer ID #:** **-***2131
**For Period Ending:** 06/18/2020
**Trustee Name:** George L. Miller (280160)
**Bank Name:** Mechanics Bank
**Account #:** ******8966 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/16/18 | 700006 | Hill Archive | Invoice #35521 dated 05/15/18 - Record storage for June/2018 | 2410-000 | | 15.67 | 277,128.71 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 440.03 | 276,688.68 |
| 06/21/18 | 700007 | Hill Archive | Invoice #35921 dated 06/15/18 - Record storage for July/2018; Pickup/Delivery | 2410-000 | | 57.52 | 276,631.16 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 384.70 | 276,246.46 |
| 07/18/18 | 700008 | Hill Archive | Invoice #36302 dated 07/15/18 - Record storage for Aug/2018 | 2410-000 | | 15.67 | 276,230.79 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 423.82 | 275,806.97 |
| 08/23/18 | 700009 | Hill Archive | Invoice #36690 dated 08/15/18 - Record storage for Sept/2018 | 2410-000 | | 15.67 | 275,791.30 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 409.93 | 275,381.37 |
| 09/18/18 | 700010 | Hill Archive | Invoice #37072 dated 09/15/18 - Record storage for Oct/2018 | 2410-000 | | 15.67 | 275,365.70 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 211.24 | 275,154.46 |
| 10/22/18 | 700011 | Hill Archive | Invoice #37454 dated 10/15/18 - Record storage for Nov/2018 | 2410-000 | | 15.67 | 275,138.79 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 248.76 | 274,890.03 |
| 11/02/18 | {21} | Circuit Court of Fairfax County, VA | Restitution FE-2008-0000452: Commonwealth of VA vs. Kaynan Ali Samatar | 1249-000 | 406.00 | | 275,296.03 |
| 11/19/18 | 700012 | Hill Archive | Invoice #37858 dated 11/15/18 - Record storage for Dec/2018 | 2410-000 | | 15.67 | 275,280.36 |
| 12/18/18 | 700013 | Hill Archive | Invoice #38255 dated 12/15/18 - Record storage for Jan/2019 | 2410-000 | | 15.67 | 275,264.69 |
| 01/11/19 | {22} | Cahill Glazer PLC | Refund of funds held in Trust Account on behalf of Rock Creek Pharmaceuticals | 1229-000 | 70.78 | | 275,335.47 |
| 01/16/19 | 700014 | Hill Archive | Invoice #38666 dated 01/15/19 - Record storage for Feb/2019 | 2410-000 | | 15.67 | 275,319.80 |
| 02/12/19 | 700015 | International Sureties, LTD. | 2019 Blanket Bond #016026384 for the term 01/01/2019 through 01/01/2020 | 2300-000 | | 81.97 | 275,237.83 |
| 02/19/19 | 700016 | Hill Archive | Invoice #39081 dated 02/15/19 - Record storage for Mar/2019 | 2410-000 | | 15.67 | 275,222.16 |
| 03/22/19 | 700017 | Hill Archive | Invoice #39669 dated 03/15/19 - Record storage for Apr/2019 | 2410-000 | | 15.67 | 275,206.49 |
| 04/10/19 | 700018 | Klehr Harrison Harvey Branzburg LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 01/10/2019 [D.I. 95] | | | 82,200.00 | 193,006.49 |
| | | Klehr Harrison Harvey Branzburg | Fees - 1st Interim (Partial) $81,313.00 | 3210-000 | | | |
| | | Klehr Harrison Harvey Branzburg | Expenses- 1st Interim (Partial) $887.00 | 3220-000 | | | |
| 04/10/19 | 700019 | Miller Coffey Tate LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 01/10/2019 [D.I. 96] | | | 57,900.00 | 135,106.49 |

**Page Subtotals:** **$476.78** **$142,514.67**

# Form 2
# Cash Receipts And Disbursements Record

**Exhibit B**
Page: 6

**Case No.:** 16-12120- LSS
**Case Name:** ROCK CREEK PHARMACEUTICALS, INC.
**Taxpayer ID #:** **-***2131
**For Period Ending:** 06/18/2020

**Trustee Name:** George L. Miller (280160)
**Bank Name:** Mechanics Bank
**Account #:** ******8966 Checking Account
**Blanket Bond (per case limit):** $5,000,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | | Miller Coffey Tate LLP | Fees - 1st Interim (Partial) $56,114.50 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses - 1st Interim (Partial) $1,785.50 | 3320-000 | | | |
| 04/19/19 | 700020 | Hill Archive | Invoice #40062 dated 04/15/19 - Record storage for May/2019 | 2410-000 | | 15.67 | 135,090.82 |
| 05/20/19 | 700021 | Hill Archive | Invoice #40460 dated 05/15/19 - Record storage for June/2019 | 2410-000 | | 15.67 | 135,075.15 |
| 06/13/19 | 700022 | Hill Archive | Invoice #40858 dated 06/15/19 - Record storage for July/2019; Del/Pickup | 2410-000 | | 63.39 | 135,011.76 |
| 07/01/19 | 700023 | Klehr Harrison Harvey Branzburg LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 01/10/2019 [D.I. 95] | | | 36,602.74 | 98,409.02 |
| | | Klehr Harrison Harvey Branzburg | Fees - 1st Interim (Partial) $36,207.72 | 3210-000 | | | |
| | | Klehr Harrison Harvey Branzburg | Expenses- 1st Interim (Partial) $395.02 | 3220-000 | | | |
| 07/01/19 | 700024 | Miller Coffey Tate LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 01/10/2019 [D.I. 96] | | | 31,290.20 | 67,118.82 |
| | | Miller Coffey Tate LLP | Fees - 1st Interim (Partial) $30,325.45 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses - 1st Interim (Partial) $964.75 | 3320-000 | | | |
| 08/05/19 | 700025 | Hill Archive | Invoice #41258 dated 07/15/19 - Record storage for Aug/2019; Handling Fee; Trip Charge | 2410-000 | | 39.93 | 67,078.89 |
| 08/16/19 | 700026 | Hill Archive | Invoice #41654 dated 08/15/19 - Record storage for Sept/2019 | 2410-000 | | 15.67 | 67,063.22 |
| 09/06/19 | {23} | RCP Development Inc | Transfer of asset from RCP Development to Rock Creek | 1229-000 | 22.72 | | 67,085.94 |
| 12/16/19 | 700027 | Hill Archive | Invoice #******-1948 dated 08/23/19 - Destruction of Records pursuant to Court Order dated 10/31/2019 [D.I. 109] | 2410-000 | | 470.22 | 66,615.72 |
| 01/30/20 | 700028 | International Sureties, LTD. | 2020 Blanket Bond #016026389; Term: 01/01/2020 to 01/01/2021 | 2300-000 | | 38.18 | 66,577.54 |
| 01/31/20 | {24} | Star Tobacco, Inc (16-12123) | Payment of claim filed in Star Tobacco, 16-12123 | 1229-000 | 14,502.07 | | 81,079.61 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 64.79 | 81,014.82 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 129.48 | 80,885.34 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 124.97 | 80,760.37 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **297,711.45** | **216,951.08** | **$80,760.37** |
| Less: Bank Transfers/CDs | 38,213.50 | 0.00 | |
| **Subtotal** | **259,497.95** | **216,951.08** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$259,497.95** | **$216,951.08** | |

# Form 2

Exhibit B
Page: 7

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12120- LSS | **Trustee Name:** | George L. Miller (280160) |
| **Case Name:** | ROCK CREEK PHARMACEUTICALS, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***2131 | **Account #:** | ******8966 Checking Account |
| **For Period Ending:** | 06/18/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $298,043.27 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $298,043.27 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2774 Checking | $38,545.32 | $331.82 | $0.00 |
| ******8966 Checking Account | $259,497.95 | $216,951.08 | $80,760.37 |
| | **$298,043.27** | **$217,282.90** | **$80,760.37** |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Premium Assignment Corporation<br>Attn: Kelton Farris<br>3522 Thomasville Rd., Suite 400<br>Tallahassee, FL 32309<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>11/16/16 | | $71,358.52<br>$0.00 | $0.00 | $0.00 |
| | Claim reduced to $0.00 pursuant to Court Order dated 11/16/2016 [D.I. 47]. Creditor granted relief from automatic stay to pay security interest by liquidating unearned premiums. | | | | | |
| 15A | Hudson Bay Master Fund Ltd.<br>Hudson Bay Capital Management LP<br>777 Third Avenue - 35th Floor<br>New York, NY 10017<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>01/04/17 | | $6,902,503.71<br>$0.00 | $0.00 | $0.00 |
| | Trustee did not liquidate the "Account" upon which the creditor was alleged to be secured. Amount reclassified to general unsecured claim pursuant to Proof of Claim. | | | | | |
| 22A | John J. McKeon<br>621 New Jersey Avenue<br>Point Pleasant Beach, NJ 08742<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>01/30/17 | | $500,000.00<br>$0.00 | $0.00 | $0.00 |
| | Claim reclassified from a secured claim in the amount of $500,000.00 to a general unsecured claim in the amount of $350,000.00 pursuant to Court Order dated 02/12/2018 [D.I. 79] | | | | | |
| 24A | Ayrton Capital LLC<br>Waqas Khatri<br>1180 Avenue of the Americas, Suite 842<br>New York, NY 10036<br><4210-000 Personal Property & Intangibles - Consensual Liens><br>, 100 | Secured<br>01/31/17 | | $3,805,559.68<br>$0.00 | $0.00 | $0.00 |
| | Trustee did not liquidate the "Master Restricted Account" upon which the creditor was alleged to be secured. Amount reclassified to general unsecured claim pursuant to Proof of Claim. | | | | | |
| FEE | George L. Miller<br>8 Penn Center Suite 950<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>02/07/20 | | $18,152.16<br>$18,152.16 | $0.00 | $18,152.16 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| KHHBEXP | Klehr Harrison Harvey Branzburg<br>919 North Market Street<br>Suite 1000<br>Wimington, DE 19801<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>09/27/16 | | $2,185.92<br>$2,185.92 | $1,282.02 | $903.90 |
| KHHBFEE | Klehr Harrison Harvey Branzburg<br>919 North Market Street<br>Suite 1000<br>Wimington, DE 19801<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>09/27/16 | | $156,148.50<br>$156,148.50 | $117,520.72 | $38,627.78 |
| MCTEXP | Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA 19103<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>09/27/16 | | $4,612.21<br>$4,612.21 | $2,750.25 | $1,861.96 |
| MCTFEE | Miller Coffey Tate LLP<br>1628 John F. Kennedy Blvd., Suite 950<br>Philadelphia, PA 19103<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>09/27/16 | | $118,279.50<br>$118,279.50 | $86,439.95 | $31,839.55 |
| TE | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadephia, PA 19103<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>06/18/20 | | $447.54<br>$447.54 | $0.00 | $447.54 |
| 11 | William L. McMahon, CFO<br>10524 Cheval Place<br>Bradenton, FL 34202<br><2990-000 Other Chapter 7 Administrative Expenses><br>, 200<br>Motion for Payment of Administrative Expenses filed 12/05/2016 [D.I. 53]. Claim allowed by Trustee. | Administrative<br>12/05/16 | | $1,190.00<br>$1,190.00 | $0.00 | $1,190.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service - EFTPS - 940,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Employer FUTA Distribution:<br>Claim 10p $ 420.00 William L. McMahon<br>Claim 9 $ 420.00 Dianna Lally<br>Claim 27 $ 420.00 Shirwaun Adams<br>[ | Priority | | $0.00<br>$1,260.00 | $0.00 | $1,260.00 |
| | Internal Revenue Service - EFTPS - 941,<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>Employee Income Tax Distribution:<br>Claim 10p $ 3,084.00 William L. McMahon<br>Claim 9 $ 2,686.15 Dianna Lally<br>Claim 27 $ 1,896.93 Shirwaun Adams<br>[ | Priority | | $0.00<br>$7,667.08 | $0.00 | $7,667.08 |
| | Internal Revenue Service - EFTPS - 941,<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>Employee FICA Distribution:<br>Claim 10p $ 796.70 William L. McMahon<br>Claim 9 $ 693.92 Dianna Lally<br>Claim 27 $ 490.04 Shirwaun Adams<br>[ | Priority | | $0.00<br>$1,980.66 | $0.00 | $1,980.66 |
| | Internal Revenue Service - EFTPS - 941,<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>Employee Medicare Distribution:<br>Claim 10p $ 186.32 William L. McMahon<br>Claim 9 $ 162.29 Dianna Lally<br>Claim 27 $ 114.61 Shirwaun Adams<br>[ | Priority | | $0.00<br>$463.22 | $0.00 | $463.22 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service - EFTPS - 941,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Employer FICA Distribution:<br>Claim 10p $ 796.70 William L. McMahon<br>Claim 9 $ 693.92 Dianna Lally<br>Claim 27 $ 490.04 Shirwaun Adams<br>[ | Priority | | $0.00<br>$1,980.66 | $0.00 | $1,980.66 |
| | Internal Revenue Service - EFTPS - 941,<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Employer Medicare Distribution:<br>Claim 10p $ 186.32 William L. McMahon<br>Claim 9 $ 162.29 Dianna Lally<br>Claim 27 $ 114.61 Shirwaun Adams<br>[ | Priority | | $0.00<br>$463.22 | $0.00 | $463.22 |
| 9 | Dianna Lally<br>3740 Eagle Hammock Drive<br>Sarasota, FL 34243<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $11192.31 Less Taxes = Net $7649.95 Income Tax $2686.15 FICA $693.92 Medicare $162.29] | Priority<br>11/21/16 | | $11,192.31<br>$7,649.95 | $0.00 | $7,649.95 |
| 10p | William L. McMahon<br>10524 Cheval Place<br>Bradenton, FL 34202<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $12850.00 Less Taxes = Net $8782.98 Income Tax $3084.00 FICA $796.70 Medicare $186.32] | Priority<br>11/29/16 | | $12,850.00<br>$8,782.98 | $0.00 | $8,782.98 |
| 14p | Richard Milam<br>5546 Pebble Beach Drive<br>Lakeland, FL 33813<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>Based upon Trustee review, claim is disallowed. According to the schedules, creditor has a claim against RCP Development, Inc. (16-12121). The Trustee did not file a formal objection because case is administratively insolvent. | Priority<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27 | Shirwaun Adams<br>6000 Plata Street<br>Clinton, MD 20735<br><5300-000 Wages - § 507(a)(4)><br>, 510<br>[Gross Wage $7903.86 Less Taxes = Net $5402.28 Income Tax $1896.93 FICA $490.04 Medicare $114.61] | Priority<br>01/31/17 | | $7,903.86<br>$5,402.28 | $0.00 | $5,402.28 |
| 1 | Wells Fargo Financial Leasing, Inc.<br>800 Walnut Street<br>MAC N0005-055<br>Des Moines, IA 50309<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/26/16 | | $2,067.42<br>$2,067.42 | $0.00 | $2,067.42 |
| 2 | National Economic Research Associat<br>Attn: Lilyan Moran<br>360 Hamilton Ave - 10th Floor<br>White Plains, NY 10601<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/04/16 | | $88,385.87<br>$88,385.87 | $0.00 | $88,385.87 |
| 3 | Caulkins & Bruce, PC<br>2300 Wilson Blvd., Suite 240<br>Arlington, VA 22201<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/08/16 | | $9,804.81<br>$9,804.81 | $0.00 | $9,804.81 |
| 4 | Wells Fargo Vendor Financial Servic LLC<br>PO Box 13708<br>Macon, GA 31208<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/15/16 | | $2,834.23<br>$2,834.23 | $0.00 | $2,834.23 |
| 5 | Premium Assignment Corporation<br>Attn: Kelton Farris<br>3522 Thomasville Rd., Suite 400<br>Tallahassee, FL 32309<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/16/16 | | $67,372.45<br>$67,372.45 | $0.00 | $67,372.45 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Chadbourne & Parke LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/16/16 | | $234,654.90<br>$234,654.90 | $0.00 | $234,654.90 |
| 8 | Inveshare, Inc.<br>P.O. Box 568<br>Alpharetta, GA 30009<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/18/16 | | $277.82<br>$277.82 | $0.00 | $277.82 |
| 10u | William L. McMahon<br>10524 Cheval Place<br>Bradenton, FL 34202<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>11/29/16 | | $7,939.23<br>$7,939.23 | $0.00 | $7,939.23 |
| 12 | CT Corporation System<br>P.O. Box 4349<br>Carol Stream, IL 60197<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/13/16 | | $296.00<br>$296.00 | $0.00 | $296.00 |
| 13 | Miles & Stockbridge PC<br>100 Light Street<br>Baltimore, MD 21202<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/27/16 | | $32,064.62<br>$32,064.62 | $0.00 | $32,064.62 |
| 14u | Richard Milam<br>5546 Pebble Beach Drive<br>Lakeland, FL 33813<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Based upon Trustee review, claim is disallowed. According to the schedules, creditor has a claim against RCP Development, Inc. (16-12121). The Trustee did not file a formal objection because case is administratively insolvent. | Unsecured<br>01/03/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15B | Hudson Bay Master Fund Ltd.<br>Hudson Bay Capital Management LP<br>777 Third Avenue - 35th Floor<br>New York, NY 10017<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/04/17 | | $0.00<br>$6,902,503.71 | $0.00 | $6,902,503.71 |
| | Trustee did not liquidate the "Account" upon which the creditor was alleged to be secured. Amount reclassified to general unsecured claim pursuant to Proof of Claim. | | | | | |
| 16 | Branch Banking & Trust Company<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894-1847<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/19/17 | | $16,652.96<br>$16,652.96 | $0.00 | $16,652.96 |
| 17 | Covington & Burling LLP<br>Lawrence A. Hobel<br>One Front St.<br>San Francisco, CA 94111<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/20/17 | | $41,263.36<br>$41,263.36 | $0.00 | $41,263.36 |
| 18 | The Roskamp Institute, Inc.<br>Attn: Nicole Russ<br>2040 Whitfield Avenue<br>Sarasota, FL 34243<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/25/17 | | $13,950.00<br>$13,950.00 | $0.00 | $13,950.00 |
| 19 | The Roskamp Institute, Inc as Succe<br>ATTN: Nicole Russ<br>2040 Whitfield Avenue<br>Sarasota, FL 34243<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/25/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Based upon Trustee review, claim is disallowed. According to the schedules, creditor has a claim against RCP Development, Inc. (16-12121). The Trustee did not file a formal objection because case is administratively insolvent. | | | | | |

# Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 20 | K&L Gates LLP<br>K&L Gates, LLP<br>1000 Main St., Suite 2550<br>Houston, TX 77002<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/26/17 | | $290,729.96<br>$290,729.96 | $0.00 | $290,729.96 |
| 21 | Harwood Feffer LLP, Kahn Swick<br>Melinda Nicholson, Esq.<br>206 Covington Street<br>Madisonville, LA 70447<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Claim withdrawn 03/09/2017 [D.I. 63] | Unsecured<br>01/26/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 22B | John J. McKeon<br>621 New Jersey Avenue<br>Point Pleasant Beach, NJ 08742<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Claim reclassified from a secured claim in the amount of $500,000.00 to a general unsecured claim in the amount of $350,000.00 pursuant to Court Order dated 02/12/2018 [D.I. 79] | Unsecured<br>01/30/17 | | $0.00<br>$350,000.00 | $0.00 | $350,000.00 |
| 23 | Estate of David S. Foulke<br>Woods Oviatt Gilman LLP<br>2 State Street, Suite 700<br>Rochester, NY 14614<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/30/17 | | $10,015.00<br>$10,015.00 | $0.00 | $10,015.00 |
| 24B | Ayrton Capital LLC<br>Waqas Khatri<br>1180 Avenue of the Americas, Suite 842<br>New York, NY 10036<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Trustee did not liquidate the "Master Restricted Account" upon which the creditor was alleged to be secured. Amount reclassified to general unsecured claim pursuant to Proof of Claim. | Unsecured<br>01/31/17 | | $0.00<br>$3,805,559.68 | $0.00 | $3,805,559.68 |

## Exhibit C

## Analysis of Claims Register

**Case: 16-12120- LSS** **ROCK CREEK PHARMACEUTICALS, INC.**

Claims Bar Date: 02/02/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 25 | Wells Fargo Shareowner Services<br>1110 Centre Pointe Curve<br>Suite 101<br>Mendota Heights, MN 55120<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>01/31/17 | | $5,306.55<br>$5,306.55 | $0.00 | $5,306.55 |
| 26 | Banner & Witcoff, Ltd.<br>1100 13th Street NW<br>Suite 1200<br>Washington, DC 20005<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/01/17 | | $173,214.80<br>$173,214.80 | $0.00 | $173,214.80 |
| 28 | Mediant Communications Inc.<br>400 Regency Forest Drive, Suite 200<br>Cary, NC 27518<br><7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims><br>, 620 | Unsecured<br>02/17/17 | | $1,510.77<br>$1,510.77 | $0.00 | $1,510.77 |
| | | | | **Case Total:** | **$207,992.94** | **$12,185,077.08** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-12120- LSS
Case Name: ROCK CREEK PHARMACEUTICALS, INC.
Trustee Name: George L. Miller

**Balance on hand:** $ 80,760.37

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15A | Hudson Bay Master Fund Ltd. | 6,902,503.71 | 0.00 | 0.00 | 0.00 |
| 22A | John J. McKeon | 500,000.00 | 0.00 | 0.00 | 0.00 |
| 24A | Ayrton Capital LLC | 3,805,559.68 | 0.00 | 0.00 | 0.00 |
| 6 | Premium Assignment Corporation | 71,358.52 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 80,760.37

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - George L. Miller | 18,152.16 | 0.00 | 17,412.70 |
| Trustee, Expenses - George L. Miller | 447.54 | 0.00 | 429.31 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 118,279.50 | 86,439.95 | 27,021.18 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 4,612.21 | 2,750.25 | 1,674.07 |
| Other Chapter 7 Administrative Expenses - William L. McMahon, CFO | 1,190.00 | 0.00 | 1,141.52 |
| Attorney for Trustee Fees (Other Firm) - Klehr Harrison Harvey Branzburg | 156,148.50 | 117,520.72 | 32,266.74 |
| Attorney for Trustee Expenses (Other Firm) - Klehr Harrison Harvey Branzburg | 2,185.92 | 1,282.02 | 814.85 |

Total to be paid for chapter 7 administrative expenses: $ 80,760.37
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,650.05 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Dianna Lally | 11,192.31 | 0.00 | 0.00 |
| 10p | William L. McMahon | 12,850.00 | 0.00 | 0.00 |
| 14p | Richard Milam | 0.00 | 0.00 | 0.00 |
| 27 | Shirwaun Adams | 7,903.86 | 0.00 | 0.00 |
| | Internal Revenue Service - EFTPS - 941 | 1,980.66 | 0.00 | 0.00 |
| | Internal Revenue Service - EFTPS - 941 | 463.22 | 0.00 | 0.00 |
| | Internal Revenue Service - EFTPS - 940 | 1,260.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $12,054,893.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Financial Leasing, Inc. | 2,067.42 | 0.00 | 0.00 |
| 2 | National Economic Research Associat | 88,385.87 | 0.00 | 0.00 |
| 3 | Caulkins & Bruce, PC | 9,804.81 | 0.00 | 0.00 |
| 4 | Wells Fargo Vendor Financial Servic | 2,834.23 | 0.00 | 0.00 |
| 5 | Premium Assignment Corporation | 67,372.45 | 0.00 | 0.00 |
| 7 | Chadbourne & Parke LLP | 234,654.90 | 0.00 | 0.00 |
| 8 | Inveshare, Inc. | 277.82 | 0.00 | 0.00 |
| 10u | William L. McMahon | 7,939.23 | 0.00 | 0.00 |
| 12 | CT Corporation System | 296.00 | 0.00 | 0.00 |
| 13 | Miles & Stockbridge PC | 32,064.62 | 0.00 | 0.00 |
| 14u | Richard Milam | 0.00 | 0.00 | 0.00 |
| 15B | Hudson Bay Master Fund Ltd. | 6,902,503.71 | 0.00 | 0.00 |
| 16 | Branch Banking & Trust Company | 16,652.96 | 0.00 | 0.00 |
| 17 | Covington & Burling LLP | 41,263.36 | 0.00 | 0.00 |
| 18 | The Roskamp Institute, Inc. | 13,950.00 | 0.00 | 0.00 |
| 19 | The Roskamp Institute, Inc as Succe | 0.00 | 0.00 | 0.00 |
| 20 | K&L Gates LLP | 290,729.96 | 0.00 | 0.00 |
| 21 | Harwood Feffer LLP, Kahn Swick | 0.00 | 0.00 | 0.00 |
| 22B | John J. McKeon | 350,000.00 | 0.00 | 0.00 |
| 23 | Estate of David S. Foulke | 10,015.00 | 0.00 | 0.00 |
| 24B | Ayrton Capital LLC | 3,805,559.68 | 0.00 | 0.00 |
| 25 | Wells Fargo Shareowner Services | 5,306.55 | 0.00 | 0.00 |
| 26 | Banner & Witcoff, Ltd. | 173,214.80 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $1,510.77 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Mediant Communications Inc. | 1,510.77 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| **Claim No.** | **Claimant** | **Allowed Amount of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |